IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK



**Kevin Davis**

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

**NYC Department of Correction; ETANO(See attached)**

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

**CV 17- 3863**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

**BRODIE, J.**



**BLOOM, M.J.**

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                 Kevin Davis
Street Address       2750 W 33 St
City and County      Brooklyn  Kings
State and Zip Code    New York  11224
Telephone Number     1347 522 6597
E-mail Address        Kevin.davis.jr.mil@gmail.Com

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name                 NYC Department of Correction
Job or Title          Headquarters
(if known)
Street Address       75-20 Astoria Blvd.
City and County      East Elmhurst
State and Zip Code    New York       11370
Telephone Number     _____
E-mail Address        _____
(if known)

Defendant No. 2

Name                 SEE  ATTACHED
Job or Title          _____
(if known)
Street Address       _____
City and County      _____

# Defendants of Federal Trial 1-11

1. New York City Department of Correction. 75-20 Astoria Blvd, East Elmhurst, NY 11370
2. New York City Department of Investigation 83 Maiden Ln, New York, NY 10038
3. Corrections Officers' Benevolent Association Inc. 75 Broad Street, Suite #810, New York, N.Y. 10004
4. (First Deputy Commissioner) Dina Simon 75-20 Astoria Blvd, East Elmhurst, NY 11370
5. (Deputy Commissioner of Investigation Division) Gregory Kuczinski 75-20 Astoria Blvd, East Elmhurst, NY 11370
6. (Deputy Commissioner for Legal Matters/General Counsel) Heidi Grossman 75-20 Astoria Blvd, East Elmhurst, NY 11370
7. (Warden-Commanding Officer of E.M.T.C. Facility) Becky Scott-Feaster 75-20 Astoria Blvd, East Elmhurst, NY 11370
8. (Deputy Warden of Security) Jonelle Shivraj 75-20 Astoria Blvd, East Elmhurst, NY 11370
9. Correction Officer Investigator Rajin Shivraj #473 75-20 Astoria Blvd, East Elmhurst, NY 11370
10. Correction Investigator Malia Greathouse 75-20 Astoria Blvd, East Elmhurst, NY 11370
11. Correction Officer Investigator Yomaira Kelley 75-20 Astoria Blvd, East Elmhurst, NY 11370

# Defendants of Federal Trial 1-11

State and Zip Code  _____

Telephone Number  _____

E-mail Address  _____

(if known)

C.  **Place of Employment**

The address at which I sought employment or was employed by the defendant(s)

is:

Name  *SEE ATTACHED*  _____

Street Address  _____

City and County  _____

State and Zip Code  _____

Telephone Number  _____

II.  **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑  Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

_____

☐    Relevant state law *(specify, if known)*:

_____

☐    Relevant city or county law *(specify, if known)*:

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☒    Failure to hire me.

☒    Termination of my employment.

☐    Failure to promote me.

☐    Failure to accommodate my disability.

☒    Unequal terms and conditions of my employment.

☒    Retaliation.

☒    Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

During Probation

C.   I believe that defendant(s) *(check one)*:

☐   is/are still committing these acts against me.

☒   is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☒   race ___African American___

☒   color ___Black___

☒   gender/sex ___Male (Percieved Orientation)___

☒   religion ___Christian___

☒   national origin ___Mixed___

☒   age. My year of birth is ___1994___. *(Give your year of birth only if you are asserting a claim of age discrimination.)*

☒   disability or <u>perceived disability</u> *(specify disability)*
___PTSD___

E.   The facts of my case are as follows. Attach additional pages if needed.

___SEE ATTACHED.___

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

Facts of Claim.

I Kevin Davis was previously employed by the New York City Department of Correction as a Corrections Officer for little over 1 year and 2 months. On October 06, 2016 NYC DOC terminated this writer stating "Your service as a probationary Correction Officer will no longer be required effective Thursday, October 6th, 2016. Please be reminded that you must surrender to the individual serving this letter upon you, your identification card, rules and regulations book, as well as, any other items issued to you before we can release your last paycheck. We greatly appreciate your contribution to the Department of Correction and to the City of New York." The individual who served this writer documentation was Anastasia Henderson-Blackmon, Deputy Warden of Administration. When asked the reason for separation from employment, Deputy Warden Blackmon stated "I wasn't notified of the reason for your termination, and it's not in the computer system, so sign here and contact Headquarters regarding the issue." This writer spoke with Warden Becky Scott, Commanding Officer of Eric M. Taylor Center 1917-618-2797 becky.scott@doc.nyc.gov. Warden Scott stated "I never put in for you to be terminated, I'm trying to find out as well as to why you were terminated. The decision came down from Headquarters and I just signed it as Commanding Officer." Upon exiting Rikers Island, this writer immediately reported to Correction Officer Benevolent Association Union and reported the findings. The Union Delegates stated similar findings to that of the DW of Admin stating "There was nothing in the system regarding your termination, and there's no documentation supporting your termination and we made calls, but no results I'm sorry the Executive Board will get back to you." Later that week I contacted DOC HQ Commissioner's Office, who directed me to the Human Resources Department Manager Steven Denio 1718-546-3171 steven.denio@doc.nyc.gov. After speaking with Mr. Denio he instructed me that DOC Rule 3.30.020(b) of the Personnel Rules and Regulations of the City of New York states "A Probationary employee may be discharged without a hearing or a statement of reasons, in the absence of a demonstration that his termination was made in bad faith, or in violation of statutory or decisional Law." A Probationary employee "May be dismissed for almost any reason, or for no reason at all." Indeed, the decision to terminate a Probationary employee cannot be overturned by the Courts unless the employee can demonstrate that he or she was dismissed in bad faith or for improper or impermissible reason." So, this writer asked Mr. Denio "Why was I terminated, and can I get my job back." Mr. Denio replied "I'm looking at your file now and it just has your termination letter inside, but doesn't indicate the reason why, and as far as your job I can't advise you on that, that would be a conflict of interest but you should contact COBA Union and obtain a Lawyer and even still the Department will not disclose any information to a lawyer or to you." This writer contacted Koehler & Isaacs LLP located 61 Broadway, New York, NY 10006 (917) 551-1300 and spoke with COBA Union Attorney Mercedes Maldonado. The Counselor stated "DOC doesn't have to provide you or anybody else with a reason, the attorneys here typically make an educated guess on why you were terminated i.e.: command discipline, excessive absences. In the past this office has been unsuccessful in finding out the reason for termination of Probationary Officers." This writer notified her that "I had recently returned to full duty from Military Leave and Vacation." The Counselor responded "That's a protected class, that would be illegal and a lawsuit pending although I'm not surprised, I'm not dispositive of what actually occurred governing the decision of the termination regarding anything alleged but a dismissal based on criminal or otherwise objectionable conduct is permissible, even if the employee is ultimately blameless, lied upon, hearsay, or alleged to have done anything wrong or misconduct." Soon realizing that the Department of Correction was refusing to release any information regarding the matter to this writer, a Lawyer, or a third party, this writer determined that DOC termination was in bad faith and improper motive otherwise acting illegal or improper in the termination. Conclusory allegations and speculation are not enough. This writer argues that it was arbitrary, capricious, and an abuse of discretion for DOC to terminate this writer from employment. Multiple parties in DOC indicated

that the reason for termination was none or not stated. This writer asserts that the only possible basis for dismissal was due to DOC decision. This writer is "blameless", and asserts that there is no question that DOC acted in bad faith without reason justifying the termination after this Officer had returned to Full duty from serving Country on Military Leave and Vacation. The Department is conducting illegal and unfair labor practices.

Oct 24th, 2016. Just spoke to Assistant Commissioner Claudette Wynter(HR) in person. I went to physically see MR. Steven Denio to turn in my ballistic vest and receive my paycheck and on my way, out the door I passed Commissioner Wynter's and asked her the reason for my termination because she had signed it and she said " I sign hundreds, and then caught an attitude with me saying the department doesn't have to tell you why we terminated you." So, I asked so what reason do I give to future employers she said "your services were no longer needed, so you failed probation and when they contact us we will tell them that so please leave you shouldn't even be here!" The secretary officer defended her comments by telling me I could have been a threat to her that's why she answered the way she did".

While I was working in # upper A post, I witnessed on several occasions, where several inmates both from the Crip house and also the feeding workers from downstairs continually try to gain access to and threaten a pc inmate through the door. The inmates wanted to take him out for false claiming Crip. The pc inmate had argued that he was Crip and started listing Crip sets, and OG's that were unfamiliar to the entire Crip house and all the Crip members. The pc inmate also argued that the tattoo on his face said Crip. I intervened and spoke with the pc inmate, he told me that the tattoo on his face does not say Crip and he's afraid for his life that he'll say or do anything to get out of here alive. The Crip inmates kept pressuring the pc inmate to prove himself and also come live next door. I was splashed by an inmate from the Crip side.
Later that week I was working 3 upper B post the Protective Custody housing side. The pc inmate called me over to his cell and asked me to read his rap lyrics as he explained them to me. The pc inmate started discussing his girlfriend who he swore was cheating on him, discussed how he was depressed and wanted out, discussed how he wanted to kill his step kids for lying on him, discussed his desire for a relationship with all of the transsexual inmates in protective custody but they kept turning him down, discussed how he keeps being bullied. What was mind boggling being that mid conversation the pc inmate told me he had something of mines, that he got it from someone and he'll give it back to me if I bring in contraband for him. I immediately told him no I don't do that, and he laughed it off and said I'm only joking. With my experience at the jail and being approached and pressured before to bring in contraband I knew he wasn't joking. I knew we had a potential situation here so I continued to engage in conversation with him about his rap lyrics and also his lifestyle to gather more intelligence to feed up the chain of command. A Lot of his lyrics were about war, death, drugs, females, and sex. Continuing to make my tours and gather more intelligence from this pc inmate, he repeatedly told me that he had something of mines and he'll give it back if I bring him stuff and do favors. I quickly assessed in my head what he might have of mine, inmates are known to swipe pens, flashlights, keys, whistles etc. off of officers when they're not looking. I knew all of my personal items were in my locker so assumed he was bluffing. I reiterated to him know that I don't do that and to stop asking me that and asked what he had of mine, and he said "Okay okay never mind just joking." We went back to discussing his plans for

going back to school, and bettering his life, and getting married, and getting a job. The pc's mood and topic of conversation kept on changing mid conversation. The other inmates in pc advised me to stop talking with said inmate, said that he was crazy and always lying telling people different stories. He continued on the fashion that he was depressed, didn't want to be here, and wanted out. I told him "Throughout life people are constantly sticking labels on us telling us what we can and cannot become. You can't prevent negative labels but you can choose to remove them. Don't let it keep you from reaching your highest potential, it's not where you are but where you're going. They will try to discourage you, intimidate you, make you feel inferior. Words are like seeds if you dwell long enough they will take root. Your strong, talented, valuable, more than a conqueror, full of wisdom, full of destiny. Accept the fact that you will be misunderstood sometimes in life. The odds may be against you; people are talking don't dwell on any of that negative chatter. There will always be people who are jealous, who don't like you, who will find the smallest mistake you make and blow it out of proportion, exaggerate it to try and discredit you. They said you were small, insignificant, not good enough, tell them you're smart, well spoken, and articulate. It's easy to get offended, self-pity, try to pay them back. Best thing you can do is let it go. They cannot stop you it's only a test. Don't play into their hand." The pc was worried about damage to his reputation. I told him "Just keep doing the right thing and your reputation will be protected." A lot of the inmates I encounter wear negative labels like they're the truth and they become so ingrained in their thinking they end up giving it power and becoming what people say they are. People label you because of the pain they've experienced. Hurting people end up hurting other people. Bitter people stick on labels. I told the pc "Above all else guard your heart, for out of it flows the issues of life. Out of the abundance of the heart the mouth speaks. Attitudes, relationships, joy, vision. Whenever you're in peace that's a position of power, when you have a good attitude despite what's going on around you." When my B relief arrived, I told him, as well as the A officer, and the Suicide prevention aide to watch the pc inmate cell 19 because he's depressed and may try and harm himself and advised them to write a mental health referral.

I lost many soldiers to suicide, I won't lose an inmate to suicide, especially not on my watch if I can help it. It's never ok to abandon your dreams. What drives a person to such a dark place-in which death seems the logical escape from unbearable suffering? They may have endured permanent emotional scars. Since the dawn of gangs, and contraband, Rikers have been veritable jungles in which the strong survived and the weak are preyed upon. Bullying is often organized and often anonymous. Officers either have difficulty policing it-or try to ignore it altogether. Talking with Officers or mental health professionals is like a confessional. I often question whether the inmates should be punished for messages they intend to be private. Inmates have confessed to me where they hid murder weapons, and drug money. Just by talking with inmates they become sincere with me and start opening up. Saying how they came from dysfunctional homes, passed from family to family in multiple foster homes. All this hurt, pain, and insecurity. Once I understood where they are coming from, I see them in a whole new light. Over time I watched how they came out of their shell, become more confident, more secure, happy, and friendly as can be. When you understand people story it's very easy to overlook things. Once I find out why the inmates are the way they are, it changed my perspective. If you're raised in a good environment it's easy to be secure, happy, confident, expect good things surrounded by loving people, but if I didn't have this background then I don't know how I would respond. Too often we judge people based on our own background, based on our own experiences and what we've been through. I encourage the inmates not to let the sun go down with anger keep it on the outside. Ships don't sink because of the water around them, they sink because of the water that gets inside them and that's a major problem. We have no control of the unfair circumstances, outside opposition, trouble, delays, bad breaks, doubt, self-

pity, discouragement, and offenses these things are going to happen but don't let it keep you from your destiny. The prize is never greater than the lesson. It's not over.

Too often we judge people without knowing their story. We haven't walked in their shoes; we don't know the struggles they've been through. We don't know how they've been raised, and we don't know the challenges that they are facing right now. All we know is he sure is violent, and unfriendly, he's got hang ups and I don't know why he acts that way. The truth is, there's a reason people are the way they are. If we took time to know their story we would be much more forgiving. If we understood the battles they fight, the pain they've endured, the people that have done them wrong we would give them a lot more mercy. We wouldn't be critical because they went through foster homes and drug addict parents, and poverty. We don't know what's going on behind the scenes. You don't know the stress that their under. For too long we've seen people through the eyes of judgement. Instead of being critical and writing them off take time to get to know them, find out what they're all about.

When I arrived at EMTC seasoned Officers taught me to learn my craft. Learn your inmates. "Do you know how he was raised, do you know the battles that he fought. The experiences that put him here. We don't always know all the facts. Inspire them to become better, feel valuable, respected, and give them room while they're in the process of growth and change." What a difference it makes when we take time to hear people story. It's easy to be critical, and write people off but I'm convinced if we'll make an effort to find out what they're about, we'll show mercy and be the difference in their life. Be the catalyst of change. The thermometer in the room. Lift the falling, restore the broken.

When I walk into housing areas the whole atmosphere changes, I realized a gentle tongue brings healing. It's amazing what a few kind words can do, when you tell someone you believe in them, words have healing power. I encourage the inmates to go to school, to be respectful, change their life around. When I step into their shoes and their set of eyes seeing their perspective. Eyes of care and not judgement. I don't excuse their behavior, what they do may be wrong, but I've learned that I'm not judge and jury. I lift them up and take a merciful approach. We don't know the hurt and pain they've ordained they may be different and have hang ups and not like us but give them room and don't be critical. Walk in their shoes and find out why they are the way they are. Many of the inmates never knew their father, their mother committed suicide, so they grow up angry, bitter, and feel like they have no purpose in life.

In 1 Main a mental Health inmate once told me "Instead of being holier than thou and judging people Officer's attitude should be if it wasn't for the grace of God that could be me. Ya'll don't know what we are going through so give us the benefit of the doubt. The way you see other people is the way they see you, the same seeds you sow come back to you. Realize that we're not all bad people but a lot of us have issues that needs to be addressed and rehabilitated. We treat yal with the same respect yal give us." He changed my perspective on Mental Health inmates.

I had a young adolescent inmate tell me he was the main drug dealer in his neighborhood. He was sincere too, he wasn't proud of it but said it was the only thing he was good at. I told him if you can sell drugs, you can sell medical supplies, stocks, and bonds. To sell drugs, you have to get the

word out, that's advertising, you have to manage your inventory that's administration, you have to take care of your clients, that's customer service. Don't sell yourself short. He looked at me in astonishment and said "No one's ever broke it down like that for me before, thank you I'm going to stop selling drugs and finish school." He said "They said I'll never be successful, and I'll repeat the cycle but I want to be CEO of my own company." I told him "I'm not moved by the things people speak over you. Experts tell you what you can, cannot do, what you can, cannot have. What I've learned over the years is the experts can be wrong. Experts built the Titanic and it sunk, amateurs built the Ark and it floated. Experts told me I belong in special ed, my family made the school administer me an exam. Later that week I was put in a gifted and talented classroom. Don't let the Experts talk you out of what's in your heart."

There's times where I would infract inmates, and then speak to them later that day about it one on one. After speaking with them they would apologize and change their attitude, and I never had another problem with that inmate.

My locker has been defaced with "GET OUT BITCH" by officers and I officially reported to DEPUTY WARDEN GROCE.

Upon my return from vacation on Oct 6th 2016 I was assigned to # Main. I conducted my total census inmate count, razor count, and opened my logbooks. Deputy Warden of Security came to my post and told me to report to the control room. I stayed in control room for about 15 minutes when the control room captain told me to assume the front desk post. I was on that post for about an hour when the Deputy Warden of Administration Anastacia Blackman called me into her office and told me I was terminated. At first I thought she was joking, and repeatedly asked her why was I being terminated, she claims she didn't know.

After relentlessly trying to figure out why I was terminated, I caught a break. Department of labor told me that I was terminated for sexually abusing an inmate and failure to disclose a domestic incident at Suny Oswego. I immediately challenged that claim because It's a lie. I was never interviewed or questioned regarding this matter, nor was I aware of any charges against me and no one wanted to tell me why I was terminated. I did not engage in anything sexual with any inmate.

I was confidential Informant for many supervisors, investigators, including Deputy Warden Shivraj who I constantly gave intelligence to. I was the new guy on the Special search team, and also on Ceremonial Unit. I have Military Police and Intelligence experience including being a member of a Joint Terrorism Task Force. Currently being vetted for positions in Federal Law Enforcement Agencies, what motive do I have for sabotaging my career and just throwing it all away. I'm studying for Law school, and enjoy my job as a NYC Correction Officer. It's my passion to serve. I came to work every day highly motivated to work and was often assigned to specialized post and assignments that new officers wouldn't ordinarily be assigned to.

The Inspector General's Office is in possession and aware of a prior incident where a Crip inmate handed me a letter asking for a sexual relationship. I immediately gave it Deputy Warden Shivraj. These inmates know what they are doing, and I refuse to allow anyone to lie on me, jeopardize or destroy my career.

When I first started working at E.M.T.C inmates would refuse to allow to perform a proper pat frisk on them and threatened to report rape if I did. This was discouraging to properly perform my duties as Correction Officer when inmates have an ulterior motive. Being constantly harassed, I developed tough skin and learned to ignore all the lude comments. With the rumors, and innuendos I could have been defensive, and bitter but I didn't let it negatively affect me. Inmates would pull me aside and tell me I'm not going to be able to stop them from bringing in contraband, and other Officers told me stop trying to be superman because I can't save them all. I'm an advocate for the 5 C's. Care, Custody, Control, Contraband, and Corruption. That was my focus and that will continue to be my focus.

Whenever I apply to a Law Enforcement Positions, I always contact my previous schools and notify them that I need all my disciplinary and police records to report. The schools always tell me that there's nothing to report, I haven't been charged with anything, so write none. These offices of Authority are notifying me to disclose none or nothing to report, and that's why I put none. Because of my Military training, and involvement in Military Operations on the books and off the books whenever I'm told to not disclose information from an Authority figure or Law Enforcement, or Legal I follow protocol. In today's day and age people are being prosecuted for releasing information they're told not to or to disclose otherwise. Whenever asked or confronted about a situation, I am honest about it, I will tell you what happen, and answer questions truthfully. Because of my experience around classified information, and operations, I'm trained to handle and respond to things differently that the average civilian. Everything is not always what it seems and the picture is not always complete if pieces to the puzzle are missing. Lying will get me absolutely nowhere, especially in this process. I have everything to lose and nothing to gain by lying.



1.    Sexual abuse allegation

Inmate A called me to his cell and kept saying he had suicidal
thoughts, and that his heart is stopping, and his face is developing
hives. He said someone had given him something of mines, but wouldn't
tell me what it is. I asked inmate A if he was having a medical
emergency, and I checked his skin temperature, Airway, breathing,
circulation. I've witness people die right in front of me, I refuse to
let an inmate die on my watch. In the Military, if someone has
suicidal tendencies we must take it very serious, and provide
battlefield care. It's drilled into us.

I was writing with an ink pen, making spelling corrections to his rap
notes. Under no time did I give, or write down my email address and
give it to him at all. My kevin.davis.jr.mil email is for official
business only, I don't even give it to my friends let alone have
contact with an inmate.

I would like to see this alleged email on paper because I can tell you
right away if it's my handwriting, and you can compare it years' worth
of my writing. I know I did not write down my email, or any Facebook.
Check the spelling correction in pen. I would like to know what color ink pen was used.

The FBI should analyze the footage because I don't trust DOC.

I never asked the inmate to show me any parts of his body or to do
anything sexual.

The inmate kept asking if the cameras are recording, I told him yes
why they wouldn't be.

Anyone can lie over a recorded line, that doesn't make it true.

Key questions: why wasn't the inmate's notebook, and all writing material confiscated, logged as evidence, thoroughly reviewed, and photographed. If not, it needs to be but with all this time lapsed who knows what was done with the evidence. If he is still in possession of it, it needs to be confiscated immediately. Biometrics should have been evaluated.

That should have been treated as an active crime scene, photographed, swabbed, fingerprinted everyone interviewed.

Why wasn't every inmate assigned to the housing area interviewed, questioned, and request a written statement.

Where are all the inmates recorded conversation transcripts from that area from then until now not just two transcripts from one inmate making these allegations?

Where are all the officers and supervisors assigned to the area that day, statements?

Why wasn't I ever questioned or interviewed regarding these allegations, but sent on vacation, and then terminated.

Why did I keep being assigned to that cell area after multiple incidents including I had been asked for a sexual relationship by an inmate which I gave the letter to Deputy Warden Chivraj, an incident where inmate was going to attack me, I had to activate my personal body alarm, after I was splashed, after being assaulted, after I was repeatedly threatened? Repeatedly I begged not to be put in that area, that I was afraid for my safety but the control room Captain assigned would laugh and say I didn't receive that memo you're going there anyway go report it like you report everything else. Every time I had an incident there, I was still sent back to the same area, the cell side. It didn't make any sense; my safety did not matter to them. Most importantly after the Department placed me on a no inmate contact which I later discovered, the control room captain still sent me back

to the same cell area that very day while on a no inmate contact. At this point now I know it's being done on purpose and someone set me up and is making it seem like I did these things, which are heavily being misconstrued.

Why did the department refuse to tell me about any of these allegations? If someone comes to me alleging they have been sexually abused I'm interviewing and investigating everyone and everything immediately, not months later. The timing is way off. I believed I was framed.

Why couldn't my PAPD Investigator Detective Vogelman gain access to any of my files before any of this happened, so he could close my case and offer me employment? DOC kept stalling with him.

I want you to examine every single infraction, and incident report I wrote, that's if the department didn't destroy it. I've seen supervisors first hand destroy paperwork for their benefit. Like on the day I got splashed, the responding Captain claimed he lost my paperwork, but thank God I had a copy to give to the Investigator. I like to save my communications because the department likes to lie, and cover things up.

The department is saying they conducted a comprehensive review of the video surveillance, I don't think they did, the same way they conducted a comprehensive background check on me, right? Which leads to my other rebuttal.

I completed my application fast, while exhausted, if I did make mistake I made sure to correct them by addressing it with my Investigator.

I verbally told my investigator that I attended SUNY Oswego, and even gave her my resume and transcript, which at the time had SUNY Oswego listed on it.

At the time, I did not know that I was the subject of a police investigation because the Campus Police knew that Fraternity/Sorority Hazing was going on, and he just asked me what happened, he told me no ones in trouble I'm just making sure that everyone's safe and the schools reputation is intact. Campus Police wanted to slide it under the rug, but I knew I'd done nothing wrong, so it never crossed my mind that I was a suspect. They went behind my back and reported these false statements, and never even told me this was an official NYS Domestic incident. I didn't even know it was logged as a NYS Domestic incident until Department of Labor told me that's what DOC reported.

I did not gain unauthorized access to the dormitory, because there is no key code. You must swipe your ID card to even get in, let alone the dormitories are jointly connected. There is no numeric key code, wrong once again. I was also a member of the college Medical team, so how did I trespass, and with what numeric pin because you must swipe your ID card to get in. I never even read this alleged NYS domestic report, and therefore I never got to rebuttal it, which is my similar situation in doc. I never impersonated a police officer, I had a wallet badge, so whenever I opened my wallet for any transactions students saw it, and asked me if I was a Sheriff. I told them no I'm an Auxiliary Police Officer. These 17/18-year-old kids did not know, nor were familiar with the term Auxiliary, so they started a Rumor that I was a campus Police Officer. DOC never brought the allegations to my attention, until a long-time lapse, so how can one defend themselves.

I verbally told my investigator that I was an NYPD Auxiliary officer, and had it listed on my resume at the time, including was a candidate for NYPD AND PAPD.

During my time as an NYPD Auxiliary I was constantly singled out, made fun of, locker flipped, uniform thrown in the toilet, sexual posters taped to my locker, bullied, threatened, hazed, and disrespected, even sent on post by myself. Officer Albert Mammon even said he hated me, and told me that he was going to make sure the department doesn't hire me, they wanted me to quit by making my life hell. I tried to transfer but he denied me a transfer, and started rumors which are untrue. Which now makes sense to me. My NYPD Investigator had told me

that she was still investigating me. I knew she was lying because a
year had passed and she had yet to upload any of my documents in the
database. Now I'm finding out that it was all because My Auxiliary
Coordinator had a vendetta against me. Why didn't my NYPD Investigator
just deny me the job, she knew I was working for Corrections she could
have reported anything she discovered to them, if I have all this
derogatory information from OIG, ETC. I never received a letter
saying you've been denied a condition of employment, or failed the
background check, because this is the game their playing.


Why when I was being investigated for NYC CORRECTION, none of this
information appeared. What databases were used, what reference checks
were used, what agencies showed up in my fingerprinting report, were
previous investigators contacted, why wasn't I asked for any written
statements regarding anything concerning that popped up during the
investigation. Why didn't OIG report this information to NYC
Corrections, not to mention I would love to see what OIG has reported
about me because at this point I'm seeing that malicious things are
being purposely reported? How conveniently that suddenly, a year and
change later the Department of Correction has now discovered this
information, which I want to know why wasn't I questioned on or asked
for a written statement, I could of broke down everything for their
understanding.

Harassment of an Investigator from the Departments Investigations division.

This is ridiculous. I did not harass an Investigator from ID. Cousin
is code word for trusted source. I was trying to report to
Investigator Greathouse that I was being sexually abused, hazed, and
assaulted by correction staff, and constantly threatened and harassed
by the inmates. I tried reporting it to my chain of command but no one
did anything, nor did they care. INV. Greathouse said only contact her
if I'm reporting something official. She was the only one that I could
trust to tell this information to. Every time I reported things to my supervisors, or through the
proper channels I was dismissed, paperwork magically disappeared, no one knew anything. As a
child, I was a frequent victim of domestic violence, and sexual abuse but because the police
officers were never to be called I had to live with the trauma of it. It burned
my soul when no one believed me, so I always kept it inside. At
corrections, I was reliving my childhood all over again, and I was
looking for someone I could trust to tell that could help me. I was
scared and needed someone to talk to so on my down time I went to the

ID trailer so I Could tell her what's going on. Corruption was
rampant. After Inv, Greathouse texted me that members of ID couldn't
talk to staff outside of ID, I agreed, complied, and followed orders
and protocol. No Captain ever spoke to me regarding the issue, and if
so I would like to know the name of the Captain that allegedly spoke
to me so I can address it. Not to mention I was Confidential Informant
to Inv. Chivraj's Mother, who was my Security Deputy Warden Chivraj so
why didn't she address the issue with me, if there even was one.
When people you trust turn their back on you, especially in a great time of need what would you
do, who do you go to? Asking for an Investigator is not harassment I really needed to speak
with her regarding my pain and situation I was going through I just
couldn't take it anymore. If a student keeps requesting to speak to a
certain Doctor or teacher, it's for a reason. There not stalking or
harassing them. If I was harassing her why didn't I just call her
cellphone or anyone else's personal contact information that I was in
possession of, or show up at her house, or do any other crazy thing. I didn't. I maintained a
professional relationship with everyone.  I follow protocol if I'm told to do something. Now
suddenly blowing my cries for help, out of proportion, the Department wants to
say I harassed an Investigator to boost their cover story, while I was
the true victim. I am no perpetrator of Domestic violence I never laid
a hand on anyone at Oswego, nor threatened them. Because I was known
as the whistleblower everyone started treated me accordingly. I'm not
even a violent person. Doc is trying to paint this malicious picture
of me that is just misconstrued. False narrative at its finest.

No one cared what I had to say then, nor do they now. I've lost career
opportunities, my family has turned their back on me, my friends won't
talk to me anymore, my security clearance is getting suspended, the
Military is going to dishonorably discharge me, they're also paying
for school right now so I will have to drop out of school, I've been
denied unemployment insurance, as well as food stamps, I'm on the
verge of getting evicted, I'm being labeled a sexual abuser, and
stalker, I can't get a city job, especially working with children,
I've lost everything. All I ever tried to do was the right thing. The
Department embraces corruption, but frowns upon integrity. I've been
repeatedly violated my whole life to no avail with unfair
circumstances. There is no Justice. My life is over and destroyed, I
don't even care anymore, I have nothing else to lose. So done, and
over it. GOODBYE

Inv. Malia Greathouse knows that I did not harass her, although she claimed that I did anyway.

Deputy Warden of Security Jonelle A. Shivraj knows that Inmates were constantly harassing me and threatening me. Also I kept being assigned to that cell side area after her office was aware of multiple incidents including I had been asked for a sexual relationship by an inmate which I gave the letter to Deputy Warden Shivraj, an incident where inmate was going to attack me, several times when I had to activate my personal body alarm for my safety, after I was splashed, after being assaulted, after I was repeatedly threatened? Repeatedly I begged not to be put in that area, that I was afraid for my safety but the control room Captain assigned would laugh and say I didn't receive that memo you're going there anyway go report it like you report everything else. Every time I had an incident there, I was still sent back to the same area, the cell side. It didn't make any sense; my safety did not matter to them. Most importantly after the Department placed me on a no inmate contact which I later discovered, the control room captain still sent me back to the same cell area that day while on a no inmate contact. At this point now I know it's being done on purpose and someone set me up and is making it seem like I did these things, which are heavily being Misconstrued. She will also testify that she never notified me of any wrongdoing, regarding texting members of Investigation Division. Also she never brought to my attention me contacting her son (Investigator) up for debate, she knew I contacted him. Why didn't her office stop the jail from continually putting me where I had begged not to be put, did my safety not matter?

Warden of EMTC Becky Scott knows
that I asked her to speak with the control room Captains and ADW's
regarding my issues and complaints. I applied for every post available
because I was afraid and tired of being put in certain parts of the
jail ,but kept getting denied and I wanted a consistent post so I can
stay away from certain officers and inmates.

Deputy Warden Groce issued an official report that the locker
that they assigned to me kept getting defaced, and one particular
incident where "Get out Bitch" was written on it.

Deputy Warden Lowe was the responding Deputy Warden when I was
assaulted, and splashed by inmate, and constantly harassed, and
threatened.

Deputy Warden Murria is aware  that the DOC
wouldn't give Detective Vogelman  my personal file, and my folders.

Officers kept tampering with her locker and destroyed all of her property and
upon repeatedly complaints to supervisors no one did anything, they
didn't care. She will discuss the toxic work environment we had to
endure.

- SUNY Oswego Campus Police, told me that I was "NOT a suspect, NOT under
  Investigation ("We're just trying to figure out what's going on because things aren't
  adding up), NOT a criminal, NOT on camera footage placing you at any of the scenes.
  Also every time I physically called, or emailed the School to confirm what they were
  telling me over the phone, the school would tell me that there is no record, and I have NO
  files, and NO reports in the system or database, and to just report NONE. The Law
  Enforcement agency and the school's disciplinary office which works hand and hand kept
  telling me these things, so I reported what they told me to report. I was never trying to
  hide anything. I even made the same mistake on another Law Enforcement application
  because of what SUNY Oswego kept telling me to report. Had SUNY Oswego told me
  the truth, I could have disclosed things properly, but because I wholeheartedly believed
  what SUNY Oswego was reporting to me, I reported the wrong thing on my application
  which makes me look like I'm being deceptive, which I had no intentions of doing.
  Which is also why I tried several times on several occasions to request these records, in
  which NYC Department of Correction, SUNY Oswego and the NYPD refused to release
  to me, until NOW after being disqualified. If law enforcement tells me that I'm not a
  suspect, and Not under Investigation, and that there is No Record, and to report none, I'm
  going to believe what they are telling me. I shouldn't be held responsible for their abuse
  of discretion, and lack of disclosure. I am honest, take responsibility for, and own up to
  my mistakes, but I refuse to be lied on, or framed, or made to look like I did something
  that I didn't do or have any intention of doing. My perception, and Interpretation of what
  SUNY Oswego was telling me, on top of my recollection of events,  caused me to report
  the wrong Information on Law Enforcement Applications.
- This is my actual rebuttal for the falsified Incident report.

- Suny Oswego report that I currently do not have a disciplinary record on file, which they are correct, but a report was filed. No one was arrested, fingerprinted, or processed, everyone was just questioned.

Basically, associates of mine who were involved in Fraternity and Sorority process, were using our phones to send messages to other people without our knowledge. Everyone had to take the blame and cover for each other.  There was a very big miscommunication in the entire situation.

My explanation in response to the falsified report.

"Before I explain the miscommunication I will further explain the actual report.

First things first, hypothetically speaking if a person is going to commit a crime why would they use their actual cell phone to commit the crime, knowing it can be traced back to them. Why would I allegedly continue to use my own personal phone to send these alleged threats does that make sense to you. That's like robbing a bank and taking off your mask and telling everyone your real name, it's not logical. Not only that, everyone had my cell number including the people making this report, which makes it suspicious on how they say one that they didn't know who it was texting them, and then two how they claimed to feel threatened but didn't want me arrested. If you keep making reports that you feel threatened by someone and that they're stalking you why would you keep telling the police not to intervene when they want to make an arrest and end the situation, that's a red flag right there. (I'm very analytical)

Not only that, in Suny Oswego I took the blame for my friends so they wouldn't lose their scholarship and get kicked out of school. They would take some of our phones and use them for long periods of time, I never questioned what they were doing with our phones, but now I regret not asking them what they were really up to. If someone wanted to use my phone to surf the web or be on Facebook or social media or call their mom as often as they did with my phone, I never actually monitored them to see what they were actually doing with my phone, which I wholeheartedly regret given this entire situation.

People were coming to me drunk saying they might have done something stupid and it might come back to me. When I asked what did they do and how it will come back to me, they responded "don't worry just say this to the cops." I initially told them, no, but they coerced me into taking the fall and giving the confession I did so it wouldn't tie back to them and they wouldn't all get kicked out of school. The Suny Oswego incident report was falsely reported. I had to take

the blame for my peers who were involved in the fraternity/sorority pledging process so they wouldn't lose their scholarship and get kicked out of school. Also, I personally/physically did not send any

text messages to anyone. I did not request via communication device or in person for sex from anyone. How the heck did I "hack" (whose verbiage is this?) a dorm lock combination, am I a professional lock picker/hacker. Stop the foolishness, There is no combination you have to scan your id card to get in the building and have to use a physical, metal key to open the door. It's a key cylinder. I never flashed a police shield, and never told anyone that I was working for campus police. Why do you insist on twisting everything? I was on the college medical team, and also on the Presidential E-Board.

Also If I had committed this alleged crime, why would I always frequently be so willing to come into the Police to answer questions, or give my side to the story or reports. Why wouldn't I evade capture and stay away from any attempt of the police contacting me, if I was guilty? Another red flag how does the people making the report say that they know other victims but when asked for the other victims names and identities, they magically forget and will get back to the police with the information, which they never did, also if I was truly harassing, threatening, stalking people where are all the victims, or Reports. Why only one derogatory report? Why didn't the Residence Hall Director or Resident Assistants contribute to any of the reports if any of it were true? It's very suspicious and this is why they were trying to hide it from the public, including me which it was negatively affecting and they knew and could care less. Because of them, it makes me look bad on paper.

The Police knew there was hazing going on and they wanted to slide it under the rug(no negative media attention/publicity). They gave me kudos and slapped me high five when they found out I took the blame for the whole situation, taking one for the team which I wholeheartedly regret doing had I known what everyone was really up to I would have ratted everyone out in .5 seconds.

Also, the people making this report would also contact me to come hang out even after the report, that's what confused me. How are you keep reporting to the police that you feel threatened and stalked by me but yet you always continued to hang out with me. Eventually, I started getting suspicious of their true motives and started staying away from them, because they were trying to set me up for failure. When certain parties were by themselves they would be very friendly to me, and always want to hang out, but when certain parties were around other people they would flip and put on this front and persona of someone

that hated me. I started to think that they had bipolar but it turns out they were just setting me up, they probably had done this before and I wasn't their first victim.

Also Every single time I would contact the school disciplinary office and Police office they would constantly tell me there are no reports in the system or there's nothing for you to report. So I would respond no on paper because that's what they were telling me to do, I was only following their instructions.

One thing about me is if I'm wrong I'll own up to it and I'll always tell you the truth even if I had initially messed up, but I don't like when people lie on me or exaggerate things just to make me look bad.

Back to the actual report. There's a lot of red flags I notice. Them saying that I repeatedly hacked into rooms, and also saying I peeked into the girl's bathroom, (highly inappropriate and illegal) that I was stalking them at the one and the only library on campus, or in the dining hall where everyone has to eat, like come on stop the foolishness. Even them placing me in locations I never was. Opening doors to places I never was. Now I understand why I was coerced to give the confession they made me give, it's all starting to make sense now. I don't understand why the Police never included the camera footage to prove my innocence, but now I'm starting to think they were in on it this whole time. Corrupt cops. If I was such a threat and stalker why keep telling the police not to intervene to get me in trouble, or not to arrest me, it doesn't make since. I obviously see that I was thrown under the bus and made to look like I did things that I never even did or intended to do.

Also, everyone was from NYC and some even had family in the NYPD, but they claimed to me at the time they never heard of the NYPD auxiliary program, which now raises a red flag.

That's why during the alleged harassment When I hung out with everyone, I was confused when the cops came to question everyone because the people I hung out with sometimes never raised any concerns to me, neither did the residence hall director so it's very puzzling reading this report and noticing so many inconsistencies and red flags and misstatements. God forbid they would have actually got me arrested, I now wonder if the Judge would have even believed my story.

I would appreciate if you can locate and subpoena every subject involved in the report so they can testify and finally tell the truth

because this report has literally no pun intended destroyed my life.

It now makes sense, why I was always getting a dirty look and bad
things were happening to me, things were getting stolen, people placing me in places I never
was, there's cameras all over the school,  but I never understood why. It's never
clear unless we have all the pieces to the puzzle.


Everyone thought I was purposely trying to hide it when in reality I
didn't know about this official report because the school kept telling
me there's no file and to report none when in reality they were trying
to keep their dirty work a secret.

I sincerely apologize on everyone's behalf for the big misunderstanding."

This concluded my response to the actual falsified report.

- Staff who I won't identify at this time would rub up against me, even after I told them to
  stop, would tell me to come over their homes after work, their wives weren't home and
  they have king size beds, tell me how big my ass was in uniform pants, making sexual
  jokes every time they were around me, walk by me and touch my private areas, I
  repeatedly ask for it to stop and they were taking my no's and interpreting into I want
  more, it didnt make anysense. One time in the locker room I was changing and a staff
  member came up behind me and pulled my underwear down and grabbed me. Shortly
  after I refused to change and would go home in full uniform. I didn't want to work in the
  jail anymore so I did everything I could to get either a permanent post, which they kept
  refusing me, as well as work outside of the jail which internally I had a hard time doing.
- After both the inmates and officers noticed that I "refused to get with the program" as
  they like to call it, and the "hop on board the corruption train" they set out to as they say
  "run me out of the jail by any means necessary".

The pc inmate making this allegation  had a list of different drugs, and other items such as cell
phone, and money, and cigarettes written down on scraps of paper in his notebook, which I
discovered upon going through his notebook and making spelling corrections to his rap. I told
him I hope you dont think im bringing this stuff in for you and he just laughed and said no one
has to know. I told him I take my job very seriously. He kept on with this medical emergency
nonsense that his face and chest were developing hives due to an allergic reaction, and his heart
is skipping beats, so with my medical training, I wanted to see if he was telling the truth, which
he wasn't this was a ruse to get me to bring in contraband for him. He called me to his cell and
pretended to be suicidal and have a medical emergency just so he can get me to bring in
contraband for him. Which is why his notebook should have been immediately confiscated as

soon as he made these allegations. That's what these inmates do. That's even how that get the drugs themselves they write notes and pass it through to the suicide prevention aid inmates to get the message to its intended target. They often pretend to have medical emergencies to get there way. So many times I would either give the note back to the inmates because i didn't want to be bothered and they were already being investigated for what they were doing so I knew they were going to get caught anyway or I would take it and hand it either to a supervisor or an investigator.

That's why I was so confused when I was terminated because not one person in the entire department questioned or interviewed me and they had ample time, especially when I kept going to headquarters to inquire about my termination., they were trying to keep it a secret. I know for a fact I never wrote down my email or any facebook which is why I keep asking to see the alleged note in which everyone is refusing to show me. The inmate kept telling me "a DOC employee got this for him" he wouldn't tell me what it is, and I assumed he was bluffing.

I gave my NYC DOC Background Investigator Yomaira Kelley, 2(two) Official College Transcripts. One from Suny Oswego, and One from Suny Farmingdale.

I verbally told my investigator I was an NYPD Auxiliary, and attended Suny Oswego.

I even showed her pictures of my time at both Institutions.

She even knew I was fingerprinted from the NYPD Auxiliary.

I gave my Investigator a copy of my Resume, as well as several other high ranking members of the Department of Correction, which clearly list my involvement with the NYPD, AND SUNY Oswego.

Now everyone at DOC wants to say they never knew that I was NYPD Auxiliary, and attended Suny Oswego.

On my application I made a mistake, I was exhausted, and speeding through it, but at no time did I try and hide anything, or purposely omit anything and they clearly know that, but they just don't care.

My NYPD Auxiliary Coordinator told me he recommended for the NYPD. I got along well with everyone, always followed orders, and never received any discipline.

Everyone is pointing the finger and playing the blame game, and CYA. You are Leaders, everyone will follow what you do.

IV.  **Exhaustion of Federal Administrative Remedies**

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

October 30, 2017

B.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter.

☒   issued a Notice of Right to Sue letter, which I received on *(date)*

June 16, 2017

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒   60 days or more have elapsed.

☐   less than 60 days have elapsed.

V.   **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Direct the defendant to hire me, re-employ me. Backpay re issued    pain and suffering.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/23 , 2017.

Signature of Plaintiff

Printed Name of Plaintiff    Kevin Davis

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | **Kevin Davis**<br>**2750 West 33rd Street, Apt 749**<br>**Brooklyn, NY 11224** | From: | **New York District Office**<br>**33 Whitehall Street**<br>**5th Floor**<br>**New York, NY 10004** |

| | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **16G-2017-00854** | **Holly M. Woodyard,**<br>**State & Local Program Manager** | **(212) 336-3643** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

**Kevin J. Berry,**
**District Director**

June 16, 2017
(Date Mailed)

Enclosures(s)

cc:

**CITY OF NEW YORK, DEPARTMENT OF CORRECTIONS**
**Bulova Corporate Center**
**75-20 Astoria Boulevard - Legal Bureau Rm.305**
**East Elmhurst, NY 11370**

EXHIBIT 1

EXHIBIT 1



Richard Pusateri, CAPT, US Navy
Military & Veteran Services Manager
Office of Military & Veteran Services

Haaren Hall, Rm. 229
524 West 59th Street
New York City, NY 10019
T. 212-484-1329
rpusateri@jjay.cuny.edu

April 20, 2017

Subj: Excuse Veteran Student, Kevin Davis, From Classes On April 26-27, 2017

Professor,

Please excuse veteran student, Kevin Davis, from his regular classes on April 25-27, 2017 while he represents John Jay College as a veteran student leader at a series of meetings and events in Washington, DC.

I appreciate your support in this matter. If you have concerns or questions, please contact me at rpusateri@jjay.cuny.edu or 212-484-1329.

Thank you.

Richard Pusateri
Military and Veteran Services Manger



 Gmail    **Gmail Account <kevin.davis.jr.mil@gmail.com>**

# INVITATION TO JOIN THE PLI COHORT PROGRAM

2 messages

**Kevin Davis Jr** <kevin.davisjr@jjay.cuny.edu>    Thu, Jun 8, 2017 at 12:39 PM
To: "Kevin.davis.jr.mil@gmail.com" <Kevin.davis.jr.mil@gmail.com>

From: Charles Davidson
Sent: Thursday, June 08, 2017 12:35 PM
To: Charles Davidson; Elizabeth Broccoli; Melanie Monzon; CHANYRI.FIGUEROA@GMAIL.COM;
RDIVYA3329@GMAIL.COM; ANA.GONZALEZ@STU.BMCC.CUNY.EDU; Mahtab Khan;
JPREVIL3@GMAIL.COM; Jim Koch; DENISEBOURSIQUOT@GMAIL.COM;
JESSICAGROMYKO@YAHOO.COM; Renee Mariotti; JENHERN19@GMAIL.COM;
RAQUEL.OREJUELA96@GMAIL.COM; ROMERCISNEROS20@GMAIL.COM; Michele Jones; Tycel Harris;
Enida Morina; KAURPARABJOT@YAHOO.COM; Kevin Davis Jr; Kevin Davis Jr; Thomas Wicker;
STATOISEHELENE@GMAIL.COM; AFGONZALEZ0331@GMAIL.COM; KENNYBAEZ52@GAMIL.COM;
ZAY823@YAHOO.COM; Kelly Peralta; Kevin Nimmons
Subject: INVITATION TO JOIN THE PLI COHORT PROGRAM

[cid:image001.jpg@01D2E04E.B315FFC0]

June 8, 2017

Dear Boot Camp I Participant:

I hope this messages finds you well.  I speak for the entire PLI Team when I say that we had an extraordinary
time in last week's Boot Camp I.  I am writing to offer you an opportunity to deepen and expand your
involvement with the Pre-Law Institute.  We have developed a PLI Cohort Program (described below) to help you
as you chart your post-graduate academic and professional pathways.   Please read the terms of this offer
carefully.

The primary purpose of the program is to support you in your preparation for law school.  By providing you with a
variety of structured opportunities to enhance your preparation for law school, we hope that this program will
prepare you for the rigors (and rewards) of law school.  The program also serves a secondary purpose and that is
to allow us to track and assess the effect of our programming on your academic journey to law school.  By
monitoring your progress in the Cohort Program, we hope to be able to see what aspects of our programs are
most effective and which aspects need further refinement.  Having this information will allow us to craft
programs that respond directly to your needs as aspiring law students.
We expect that as a member of the Cohort, you will:

   *  complete an academic biographical survey;
   *  participate in two additional Personal Statement advisement sessions with PLI Advisors and complete at
least two more drafts of your statement;
   *  participate in two additional PLI-sponsored programs (e.g., Boot Camp II, Boot Camp III, Law School Prep
Program, etc.);
   *  apply for at least two internship or other law-related professional development opportunities;
   *  receive advisement from a PLI-advisor at least twice per semester;
   *  inform us of the outcome of any law school applications, fellowships, internships, or professional
development other opportunities to which you apply.

Students who complete all of the above requirements are offered guaranteed admission into our LSAT Prep
Program, which will provide you with high quality preparation for the very important Law School Admission Test
at no cost

Once you write to express your willingness to participate, we will send you the academic biography form soon. Please note that sending this form back is the first required step of participation in the program. There is no need to let us know if you decide not to participate in this opportunity.

Please write to Ms. Melanie Monzon, Administrative Coordinator, PLI, at mmonzon@jjay.cuny.edu<mailto:m monzon@jjay.cuny.edu> NO LATER THAN Tuesday, June 13, 2017, if you wish to participate.

We are very much looking forward to working with you.

Sincerely,

Dr. Davidson

Charles Robert Davidson, JD, PhD
Director, Pre-Law Institute & Center for Post-Graduate Opportunities
City University of New York, John Jay College
524 W. 59th Street, Rm. 8.66 New Building
New York City, NY 10019

---

 **image001.jpg**
5K

---

**John Appleseed** <kevin.davis.jr.mil@gmail.com>                    Thu, Jun 8, 2017 at 1:32 PM
To: "Bizzarro, Joseph R" <jrbizzarro@uspis.gov>

[Quoted text hidden]

---

 **image001.jpg**
5K

 **Gmail**                          Gmail Account <kevin.davis.jr.mil@gmail.com>

---

## CUNY Service Corps 2017-2018 Selection

**Kevin Davis Jr** <kevin.davisjr@jjay.cuny.edu>                    Fri, Apr 28, 2017 at 3:34 PM
To: "kevin.davis.jr.mil@gmail.com" <kevin.davis.jr.mil@gmail.com>

From: ServiceCorps [servicecorps@cuny.edu]
Sent: Friday, April 28, 2017 11:18 AM
To: Kevin Davis Jr
Subject: CUNY Service Corps 2017-2018 Selection

[cid:image001.jpg@01D2C011.394313C0]
Dear Kevin Davis,

CONGRATULATIONS! I am pleased to inform you that you have been selected as a finalist for the 2017-2018 CUNY Service Corps. You have demonstrated, through your written application and performance at the group interview, that you have the potential to bring something special to this important program. Every member of the Service Corps will have an incredible opportunity next year to do meaningful service that strengthens New York City, build professional skills, and also become a part of the Service Corps legacy at the City University of New York.

You must accept or decline this offer by completing the short online form below no later than Tuesday, May 2nd at 5pm. This online form will ask you to verify that you meet the program's eligibility criteria. Your participation in this program is contingent upon your meeting the program's eligibility requirements (including minimum GPA and credits) by the fall. If clicking the link below doesn't work, please copy and paste the entire link into your browser

Offer Form: https://cunySUD.formstack.com/forms/acceptanceform?applicant_name-first=Kevin& applicant_name-last=Davis&applicant_id=311884062YA17

Once you accept this offer to participate in the 2017-18 CUNY Service Corps, you will get more detailed information about next steps. A quick overview of what you can expect follows:

(1)    Over the next two weeks, you will be asked to create an online profile on our database called Symplicity (which will include a professional resume and cover letter) and express interest in particular service placements in preparation for our Matching Fair in June.

(2)    On Thursday, June 15, and/or Friday, June 16 from approx. 12-4pm, you will attend a Matching Fair at John Jay College of Criminal Justice in Manhattan, during which you will have the opportunity to meet and possibly interview with community partners.

(3)    You will sign up to attend a mandatory RF CUNY orientation session to fill out new hire paperwork (which will include a background check) so that you can get paid starting in the fall.

(4)    In August, you will attend a mandatory pre-service training, which is required in order to begin your service placement in September.

(5)    In September, you will attend a University-wide launch event and your service placement will begin!

I congratulate you on being a finalist for the CUNY Service Corps, and I hope that you very excitedly accept this offer to move forward. Please continue to check your CUNY email for program updates. If you have any questions or concerns about the information in this email, please reach out to the Service Corps Manager on your campus (find contact information here: http://www1.cuny.edu/sites/servicecorps/colleges/).

Sincerely,

Rachel Stephenson
Director, CUNY Service Corps

**CUNY** Service Corps     **image001.jpg**
5K

# Interviews

## Scheduled Interviews

Family Partnerships Corps Member (2325)
**New York City Housing Authority**
Jun 15, 2017 (3:00 PM - 3:15 PM)

Fatherhood Engagement and Support Intern- UpNext/Midtown

Community Court (2390)
**Center for Court Innovation**
Jun 15, 2017 (1:45 PM - 2:00 PM)

NYAS Afterschool STEM Mentoring Program (2369)
**New York Academy of Sciences/NYC Department of Youth and Community Develo...**
Jun 15, 2017 (2:15 PM - 2:30 PM)

Policy and Planning Corps Member (2300)
**Brooklyn Borough Hall**
Jun 15, 2017 (2:00 PM - 2:15 PM)

Explainer Trainee (2128)
**New York Hall of Science**
Jun 16, 2017 (2:45 PM - 3:00 PM)

## Requested Interviews

 Adult Education Corps Member (2089)                    Signup Ended

**Northern Manhattan Improvement Corporation**
Jun 06, 2017 Through Jun 13, 2017

 Gmail

**Gmail Account <kevin.davis.jr.mil@gmail.com>**

## United Nations Security and Safety Service Reception INVITATION (5 May)

**Kevin Davis Jr** <kevin.davisjr@jjay.cuny.edu>                    Fri, Apr 21, 2017 at 2:06 PM
To: "kevin.davis.jr.mil@gmail.com" <kevin.davis.jr.mil@gmail.com>

**From:** John Jay College Office of Military and Veteran Services [studentaffairs@johnjaycollege.ccsend.com] on behalf of John Jay College Office of Military and Veteran Services [rpusateri@jjay.cuny.edu]
**Sent:** Friday, April 21, 2017 12:44 PM
**To:** Kevin Davis Jr
**Subject:** United Nations Security and Safety Service Reception INVITATION (5 May)

NETWORKING OPPORTUNITY AT THE UN: Kevin! You have been invited to the United Nations Security and Safety Service Exhibition and Reception at the UN Headquarters on May 5.



# THE SECURITY BENEVOLENT ASSOCIATION

*cordially invites you to their*

## Exhibition and Reception

*marking the*

## 70th Anniversary

*of the*

## SECURITY AND SAFETY SERVICE

*Journey Through Time*

## 5th May 2017

*Venue:*

**South Secretariat Lobby**
**UN Headquarters**
**405 E 42nd Street**
**New York, NY 10017**

**Exhibition: 6 – 7pm**
**Reception: 7 – 11pm Express Bar**



**Kindly R.S.V.P.** *by* **17th April 2017**
S/O Magan Haye | (917) 607-9342 | hayem1@un.org

John Jay invitees RSVP to Richard Pusateri, Military and Veteran Services Manager (rpusateri@jjay.cuny.edu; 212-484-1329) by Wednesday, April 26.





ege of Criminal Justice

TR/CR Transfer Class                     IP In Progress
@ Any course number

Status

Groups          (GROUPS)DAY
                (GROUPS)DAY NYCC PRTY VAST (SD)VAS-NO

GPA             4.000

Academic Year:    2016-2017 Undergrad   Credits Required:   120
CUM GPA:          4.000                 Credits Applied:    87

currently have 87, you still need 33 more. Credits Applied include courses that are in progress.
and courses are required. You have taken 87 but need 33 more credits.
Taken in residence.
number of three-credit physical Education courses that can be used to fulfill credit
PED 535-555



CUNYfirst Data as of: May 30, 2017 7:30 PM

Kevin Davis    ID: 23417820

My Information    My Classes    My Class Textbooks    My Program Plan    My Holds    My ...

## My Program Plan

**Brooklyn College**
| Academic Career | Program Description | Program Date | Program Status |
|---|---|---|---|
| Undergraduate | Undergraduate | 10/05/2016 | Discontinued |

**City College**
| Academic Career | Program Description | Program Date | Program Status |
|---|---|---|---|
| Undergraduate | Undergraduate | 05/29/2017 | Active in Program |

**College Day College**
| Academic Career | Program Description | Program Date | Program Status |
|---|---|---|---|
| Undergraduate | Undergraduate | 04/24/2017 | Active in Program |
| Undergraduate | Undergraduate | 04/24/2017 | Active in Program |
| Undergraduate | | | |

**School of Professional Studies**
| Academic Career | Program Description | Program Date | Program Status |
|---|---|---|---|
| Undergraduate | Undergraduate | | |



CUNYfirst Data as of: May 30, 2017 7:30 PM

Kevin Davis          ID: 23417820

My Information   My Classes   My Class Textbooks   My Prog

## My Holds

### Bernard M. Baruch College

| Service Description | Start Term |
| --- | --- |
| Testing Office Hold | 2015 Summer Term |

### The City College of New York

| Service Description | Start Term |
| --- | --- |
| Advisement Required | 2017 Fall Term |

### CUNY School of Professional Studies

| Service Description | Start Term |
| --- | --- |
| VA Student | 2016 Summer Term |
| Bursar Hold | 2016 Fall Term |
| Advisement Required | 2017 Spring Term |

### John Jay College of Criminal Justice

| Service Description | Start Term |
| --- | --- |
| VA Student | 2017 Spring Term |
| Financial Aid Pending | 2017 Spring Term |



CUNY John Jay College of Criminal Justice

 Gmail

## City College Admission Decision
1 message

**The City College Office of Admissions** <admissions@ccny.cuny.edu>                                                        Fri, Apr 14, 2017 at 6:02 PM
Reply-To: 6090257.cunyccny@iad01.hobsonsmail.com
To: Kevin Davis Jr <kevin.davis.jr.mil@gmail.com>

 OFFICE OF ADMISSIONS

Kevin Davis Jr
2750 West 33Rd Street
Brooklyn, New York 11224

Dear Kevin:

Congratulations! It gives me great pleasure to inform you of your acceptance as a transfer (advanced standing) student to the College of Liberal Arts and Science - Liberal Arts Division at The City College of New York for the Fall 2017 semester. Your selection is recognition of your academic and personal accomplishments, and an invitation to join a community of scholars.
The City College of New York, often referred to as CCNY, is one of the country's most distinguished institutions, and is the oldest of the twenty-five (25) colleges that make up The City University of New York. For more than 170 years, CCNY has been dedicated to providing intellectual and personal growth to all of its students.

Once you have committed to attend, an evaluation will be completed as quickly as possible to determine how your courses will transfer. Every effort will be made to accept the maximum number of allowable credits. Most general education courses you have taken will be credited toward the general education requirement here at The City College.
If you were enrolled in courses for the Spring 2017 semester at a non-CUNY school, please arrange for your final official transcript to be sent to: The City College of New York, Transfer Evaluation Services, 160 Convent Avenue, New York, NY 10031. Meanwhile, if you have any questions, please contact the Office of Admissions at 212-650-6977.
There are several steps you will need to complete to finalize your enrollment. These steps can be found on the "Checklist" of your personalized "MyCity" web page. You can access "MyCity" at www.ccny.cuny.edu/mycity. For your convenience, your user name and password are provided below:

               User Name: **KDavis_Jrc42dea**          Password: **set your password. (This link will expire within 7 days)**

Your collegiate experience will be filled with academic challenge and personal growth. We are pleased that you will be joining the City College community.

Sincerely,

Joseph A. Fantozzi
Executive Director of Enrollment Management (Acting)

Wille Administration Building, Room 101 . 160 Convent Avenue . New York NY 10031

To opt-out from future e-mail communications, please Unsubscribe.

Wille Administration Building, Room 101
160 Convent Avenue
New York, New York 10031

 Gmail

**Gmail Account <kevin.davis.jr.mil@gmail.com>**

---

## Follow up CUNY Service Corp Interview First Choice
5 messages

---

**Gmail Account** <kevin.davis.jr.mil@gmail.com>                           Sun, Jun 18, 2017 at 8:40 PM
To: awmartinez@nycourts.gov

Dear Program Director Awinna Martinez, Esq.,


Thank you for talking to me Thursday. I found your insights into
The Fatherhood engagement and workforce readiness project of The New
York County Midtown Community Court to be very helpful. I was
particularly interested in
learning about the positive impact, you being with the program thus
far has had on your
legal practice. I have been trying to figure out how to use my
Criminal Justice degree to become a lawyer, and I appreciated your
specific example of leveraging your Program Director skills into a
better negotiating position when working on and solving complex
cases. Finally, I would like to thank you for providing guidance about
which majors would be helpful to a future in law public service careers. I
agree that legal and investigatory internships could best complement
my law degree for a Civil Rights practice. You mentioned during our
conversation that you practice Constitutional Law, I look forward to
our legal debates on several key issues. I enjoyed our conversation,
and I hope to have the opportunity to work with you. I'm very eager to
learn more about this position, and any updates you can provide would
be greatly appreciated. I will be working at UPNEXT/Midtown Community
Court during the Fall and Spring of 2017-2018. You may contact me at
this email, or my cell 347-522-6597.


Respectfully,

Kevin Davis
District Attorney Staff in Training

---

**Awinna Martinez** <awmartinez@nycourts.gov>                              Wed, Jun 21, 2017 at 4:25 PM
To: Gmail Account <kevin.davis.jr.mil@gmail.com>

Hi Kevin,

It was a pleasure meeting you! I recommend that you rank the UpNext position high so that we are likely to
match. At this time, do you know what your availability will look like next school year?
[Quoted text hidden]

---

**John Appleseed** <kevin.davis.jr.mil@gmail.com>                          Wed, Jun 21, 2017 at 4:47 PM
To: Awinna Martinez <awmartinez@nycourts.gov>

I will rank you as number 1 and I make my school schedule next week, so I will let you know next week my
availability. Can't wait for the fall, I know you're going to teach me so much.
[Quoted text hidden]

To: John Appleseed <kevin.davis.jr.mil@gmail.com>

That is great to hear. Please keep me posted.

——Original Message——
From: John Appleseed [mailto:kevin.davis.jr.mil@gmail.com]
Sent: Wednesday, June 21, 2017 4:47 PM
To: Awinna Martinez <awmartinez@nycourts.gov>
[Quoted text hidden]

---

**John Appleseed** <kevin.davis.jr.mil@gmail.com>                    Wed, Jun 21, 2017 at 5:36 PM
To: Awinna Martinez <awmartinez@nycourts.gov>

Ok I definitely will.
[Quoted text hidden]

 Gmail

**Gmail Account <kevin.davis.jr.mil@gmail.com>**

---

## Follow up CUNY Service Corp Interview First Choice
2 messages

---

**Gmail Account <kevin.davis.jr.mil@gmail.com>**                                  Sun, Jun 18, 2017 at 8:24 PM
To: igarcia@urbanjustice.org

Dear Paralegal Iliana Garcia


Thank you for talking to me today. I found your insights into
Community Development Project with The Urban Justice Center to be very
helpful. I was particularly interested in
learning how grassroots and community-based groups in New York City
dismantle racial, economic and social oppression. I have been trying
to figure out how to use my
Criminal Justice degree to become a lawyer, and I appreciated your
specific example of leveraging your legal knowledge into a
better negotiating position when working on and solving complex
cases. Finally, I would like to thank you for providing guidance about
which majors would be helpful to a future in Community Development and
public service careers. I
agree that legal and investigatory internships could best complement
my law degree for a criminal law practice. I enjoyed our conversation,
and I hope to have the opportunity to work with you. I'm very eager to
learn more about this position, and any updates you can provide would
be greatly appreciated. You may contact me at
this email, or my cell 347-522-6597.

Respectfully,

Kevin Davis
Urban Justice Center Staff in Training

---

**Iliana Garcia <IGarcia@urbanjustice.org>**                                  Mon, Jun 19, 2017 at 1:49 PM
To: Gmail Account <kevin.davis.jr.mil@gmail.com>

Hi Kevin,

It was my pleasure meeting you. Thank you for taking the time to learn more about our work at the community
Development Project. Can you please send me a writing sample, something like a paper you've written for a
class or something else that reflects your expository writing skills. Please let me know if you have any
questions. Thank you.

All best,

Iliana Garcia
Paralegal
Urban Justice Center
Community Development Project
123 William Street, 16th Floor, New York, NY 10038
Phone: (646)-459-3035| Fax: (212) 533-4598
http://cdp.urbanjustice.org/
[Quoted text hidden]
This message and its attachments are sent by a law office and may contain information that is confidential and

protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding, or saving this email and any attachments. Please notify the sender immediately if you believe that you are not the intended recipient.

 Gmail

**Gmail Account <kevin.davis.jr.mil@gmail.com>**

## Follow up CUNY Service Corp Interview First Choice

**Gmail Account** <kevin.davis.jr.mil@gmail.com>                    Sun, Jun 18, 2017 at 8:17 PM
To: taniese.brown@brooklynbp.nyc.gov

Dear Deputy Compliance Officer Taniese Brown,

Thank you for talking to me on Thursday. I found your insights into
policy and compliance with the Office Of The Brooklyn Borough
President Eric L. Adams Office to be very helpful. I was particularly
interested in learning about the public policy analysis, and the
legislative and community outreach process. Finally, I would like to
thank you for providing guidance about
which majors would be helpful to a future in law and public policy. I
agree that legal and investigatory internships could best complement
my law degree for a criminal law practice. I'm looking for broader
experience, to eventually secure full-time employment with your
office. I enjoyed our conversation,
and I hope to have the opportunity to work with you. I'm very eager to
learn more about this position, and any updates you can provide would
be greatly appreciated. You may contact me at
this email, or my cell 347-522-6597.

Respectfully,

Kevin Davis
Compliance Officer Staff in Training

# Invite for Students to 2017 CCNY Summer Student Leadership Retreat

evelyn@gtest.ccny.cuny.edu on behalf of Evelyn Ortega <eortega@ccny.cuny.edu>
Wed 6/21/2017 2:23 PM

Dear Student Leaders,

It is with great pleasure that we invite you to the **22nd** Annual Leadership Retreat, **August 11th to August 13th** at **Poconos Spring retreat Camp Center in East Stroudsburg, PA**. As many of you know, the retreat is an opportunity for the leaders of our student clubs, organizations, governments and media to network with one another and develop skills for success. We will be leaving the college promptly at 9:00a.m. on Friday morning and returning on Sunday afternoon by 4:00p.m. The Department of Student Life and Leadership Development is currently working on a full agenda of workshops, presentations and fun activities for the retreat.

Accommodations, meals and round trip transportation will be provided for all retreat attendees. **Space is limited; therefore, participation in the Retreat is limited to one representative per club or organization.** Please consult with your executives to choose wisely. There will be a **waiting list ticket** under the RSVP section for if you have a **second or third representative that is interested** in attending. If space opens up after the deadline, representatives will be chosen from the top of the waiting list.

To reserve your space, please go to **tinyurl.com/CCNYSLR17** which is the RSVP link for the Leadership Retreat. You will click the **green button that says "Login"** after picking your ticket and then will click the **grey button that says "CCNY Email Credentials.**

You can **click here** for the retreat website to stay up to date as well.

You will fill out all the registration information on the RSVP by **no later than Friday, July 7, 2017** to complete/submit a reservation. Reservations are on a first come, first serve basis. Once you reserve your space you will receive a **confirmation** email **after the July deadline** confirming your commitment to attend. **Students who have completed their degree requirements (graduated) are not eligible to attend.**

*Your registration is contingent or your club/organization getting pre-approval status by our Club Relations team. If they email you about missing documentation make sure to submit asap to get pre-approved status.*

In an effort to expose more student leaders to the material presented at these retreats, a student will not be allowed to represent the same club for two consecutive years. **In addition, no student will be allowed to attend the retreat for three consecutive years.** Please be advised:

*You will not need to submit a $20 deposit as in previous years. Participants will be **considered "no-shows"** if you do not provide a cancellation email 8 BUSINESS DAYS prior to the retreat which means on or before TUESDAY AUGUST 1ST 5p.m. Failure to comply with proper notification will result in a CUNYfirst Service Stop being placed on your record.*

I encourage you to join us and take advantage of this wonderful opportunity. Should you have any questions please call, email or stop by The Department of Student Life and Leadership Development at (212) 650-5002, NAC 1/210

--

Evelyn Ortega

Assistant Director of Student Life & Leadership Development

The City College of New York

Co-Chair, CUNY Council of Student Life Directors (CCSLD)

CCNY Chapter - National Society of Leadership and Success Like Page

Student Life Activities Program Committee Like Page

GPS (Peer Mentor) Program Like Page

Click here to apply to to be an Orientation Leader or GPS Navigator

 Gmail

**Gmail Account <kevin.davis.jr.mil@gmail.com>**

---

## New York Film Academy: Saturday June 24th NBC Tour with Colonel Jack Jacobs

---

**C. Paparis** <chris.paparis@nyfa.edu>                    Tue, Jun 20, 2017 at 4:27 PM
Bcc: kevin.davis.jr.mil@gmail.com

**boxbe** . C. Paparis (chris.paparis@nyfa.edu) is on your Guest List | Delete this guest

Hello Everyone,

You are receiving this email because you have **RSVP'ed for the Saturday, June 24th, 2017 tour of NBC Studios with Colonel Jack Jacobs**, Chair of New York Film Academy's Veteran Advancement program and NBC/MSNBC on-air correspondent.

Please respond to this email to verify that you will be in attendance as we are hoping to accommodate as many people as possible! Have valid government ID the day of the event to get through NBC security.

Looking forward to Saturday!

Semper Fidelis,

Christopher Paparis
Veteran Affairs Coordinator
New York Film Academy
T: 212-966-3488
Address: 17 Battery Place NY, NY 10004
Chris.Paparis@nyfa.edu
Web: www.nyfa.edu/veterans

---

📄 **NYFA NBC TOUR June 24.pdf**
201K



June 24th, 2017

Tour of NBC with Colonel Jack Jacobs, NYFA Veteran Advancement Program Chair, Medal of Honor Recipient

## Tour of NBC Studios with Colonel Jack Jacobs, NYFA Veteran Advancement Program Chair, Medal of Honor Recipient

**Please have valid photo-ID available to get through security at all buildings**

9:30 AM: Please arrive at 30 Rockefeller Plaza NY NY 10004, NBC Studio Guest Reception (we will meet outside of this room before receiving security passes)

9: 45 AM: Check into NBC Studios and meet Colonel Jacobs for tour of facility.

11:30 AM: Tour concludes

**Contact Information: (contact for any questions regarding the tour) Christopher Paparis: Veteran Affairs Coordinator, New York Film Academy Email: Chris.Paparis@nyfa.edu**

EXHIBIT 2

EXHIBIT 2



NYC Department Of Education

**Student Permanent Record**

THE HIGH SCHOOL OF SPORTS MANAGEMENT

Name / Id : DAVIS, KEVIN JR /
Address

Ph# :          Ofcl :          Grade Level :   Status :  D

Admit Date : 09/24/2008          Discharge Date : 07/01/2012

DOB :          Gender : M          Graduation Date : 07/01/2012

Parent :          Counselor :

Message Area

# UNOFFICIAL TRANSCRIPT

## English /ESL / 1

| | | | | Actual Mark | | |
|---|---|---|---|---|---|---|
| 2008 / 1 | 21K348 | E1 | ENGLISH 9 TERM | 90 | GUNN | 2.00/2.00 |
| 2008 / 1 | 21K348 | ESAFTX | ENGSKILLS | 90* | GUNN | 0.50/0.50 |
| 2008 / 2 | 21K348 | E2 | ENGLISH 9 TERM | 100 | GUNN | 2.00/2.00 |
| 2008 / 2 | 21K348 | ESAFTX | ENGSKILLS | 100* | GUNN | 0.50/0.50 |
| 2009 / 1 | 21K348 | E3 | ENGLISH 10 TERM | 90 | BONGIOVANN | 1.00/1.00 |
| 2009 / 1 | 21K348 | E3L | ENGLISH 11 TERM | 92 | ARGANO | 1.00/1.00 |
| 2009 / 2 | 21K348 | E4 | ENGLISH 10 TERM | 90 | BONGIOVANN | 1.00/1.00 |
| 2009 / 2 | 21K348 | E4L | english 10 term | 95 | ARGANO | 1.00/1.00 |
| 2010 / 1 | 21K348 | E5 | ENGLISH 11 TERM | 96 | YOUNG | 1.00/1.00 |
| 2010 / 2 | 21K348 | E6 | ENGLISH 11 TERM | 96 | YOUNG | 1.00/1.00 |
| 2011 / 1 | 21K348 | E7 | ENGLISH 12 TERM | 90 | gunn | 1.00/1.00 |
| 2011 / 2 | 21K348 | E8 | ENGLISH 12 TERM | 95 | gunn | 1.00/1.00 |

Subject Area Average : **94.08%**          Subject Area : Actual Credits / Credits Earned : 13.00 / 13.00
Credits Averaged : 12.00

## Social Studies / 2

| | | | | Actual Mark | | |
|---|---|---|---|---|---|---|
| 2008 / 1 | 21K348 | H1 | GLOBAL 9 | 90 | DUNCAN | 1.00/1.00 |
| 2008 / 2 | 21K348 | H2 | GLOBAL 9 T2 | 92 | DUNCAN | 1.00/1.00 |
| 2009 / 1 | 21K348 | H3 | GLOBAL 10 TERM | 94 | DUNCAN | 1.00/1.00 |
| 2009 / 2 | 21K348 | H4 | GLOBAL 10 TERM | 90 | DUNCAN | 1.00/1.00 |
| 2010 / 1 | 21K348 | H5 | US HISTORY TERM | 90 | FURMAN | 1.00/1.00 |
| 2010 / 2 | 21K348 | H6 | US HISTORY TERM | 94 | FURMAN | 1.00/1.00 |
| 2011 / 1 | 21K348 | H7 | US GOVERNMENT | 80 | YADALI | 1.00/1.00 |
| 2011 / 2 | 21K348 | H8 | ECONOMICS | 85 | YADALI | 1.00/1.00 |

Subject Area Average : **88.88%**          Subject Area : Actual Credits / Credits Earned : 8.00 / 8.00
Credits Averaged : 8.00

## Mathematics / 3

| | | | | Actual Mark | | |
|---|---|---|---|---|---|---|
| 2008 / 1 | 21K348 | ME21 | ALGEBRA 9 TRM 1 | 94 | JUBA | 2.00/2.00 |
| 2008 / 1 | 21K348 | MSAFTX | MATHSKILLS | 90* | BROWN | 0.50/0.50 |
| 2008 / 2 | 21K348 | ME22 | ALGEBRA 9 TRM 2 | 96 | JUBA | 2.00/2.00 |
| 2008 / 2 | 21K348 | MSAFTX | MATHSKILLS | 95* | BROWN | 0.50/0.50 |
| 2009 / 1 | 21K348 | MG21 | GEOMETRY TERM 1 | 96 | BROWN | 1.00/1.00 |
| 2009 / 2 | 21K348 | MG22 | GEOMETRY TERM 2 | 90 | BROWN | 1.00/1.00 |
| 2010 / 1 | 21K348 | MR21 | ADVALG & TRIG | 92 | MYERS | 1.00/1.00 |
| 2010 / 2 | 21K348 | MR22 | AdvALG&TRIG TRM | 75 | MYERS | 1.00/1.00 |
| 2011 / 1 | 21K348 | MCP1 | MATH PRE-CAL | 80 | ZARROUK | 1.00/1.00 |
| 2011 / 2 | 21K348 | MCP2 | MATH PRE-CAL | 95 | ZARROUK | 1.00/1.00 |

Subject Area Average : **90.70%**          Subject Area : Actual Credits / Credits Earned : 11.00 / 11.00
Credits Averaged : 10.00

## Sciences / 4

| | | | | Actual Mark | | |
|---|---|---|---|---|---|---|
| 2008 / 1 | 21K348 | SL1 | LIVING ENVIR TE | 80 | CLECKLEY | 1.00/1.00 |
| 2008 / 2 | 21K348 | SL2 | LIVING ENVIR TE | 95 | CLECKLEY | 1.00/1.00 |
| 2009 / 1 | 21K348 | SE1 | EARTH SCI TERM | 93 | LEAL | 1.00/1.00 |
| 2009 / 2 | 21K348 | SE2L | EARTH SCI TERM | 3* | LEAL | 0.00/0.00 |
| 2009 / 2 | 21K348 | SE2 | EARTH SCI TERM | 95 | LEAL | 1.00/1.00 |
| 2010 / 1 | 21K348 | SP1 | PHYSICS TERM 1 | 90 | CAL | 1.00/1.00 |

| | | | | Actual Mark | | |
|---|---|---|---|---|---|---|
| 2010 / 1 | 21K348 | SP1L | PHYSLAB | 17* | CAL | 0.00/0.00 |
| 2010 / 2 | 21K348 | SP2 | PHYSICS TERM 2 | 75 | CAL | 1.00/1.00 |
| 2010 / 2 | 21K348 | SP2L | PHYSLAB 2 | 26* | CAL | 0.00/0.00 |

Subject Area Average : **88.00%**          Subject Area : Actual Credits / Credits Earned : 6.00 / 6.00
Credits Averaged : 6.00

## Foreign Language / 5

| | | | | Actual Mark | | |
|---|---|---|---|---|---|---|
| 2009 / 1 | 21K348 | FS1 | SPANISH I TERM | 99 | DITUSA | 1.00/1.00 |
| 2009 / 2 | 21K348 | FS2 | SPANISH I TERM | 92 | DITUSA | 1.00/1.00 |
| 2010 / 1 | 21K348 | FS3 | SPANISH II TERM | 85 | DITUSA | 1.00/1.00 |
| 2010 / 2 | 21K348 | FS4 | SPANISH II TERM | 85 | DITUSA | 1.00/1.00 |
| 2011 / 1 | 21K348 | FS5 | SPANISH III TER | CR* | | 1.00/1.00 |
| 2011 / 2 | 21K348 | FS6 | SPANISH III TER | 76 | DITUSA | 1.00/1.00 |

Subject Area Average : **87.40%**          Subject Area : Actual Credits / Credits Earned : 6.00 / 6.00
Credits Averaged : 5.00

## Career & Tech Education / 6

| | | | | Actual Mark | | |
|---|---|---|---|---|---|---|
| 2008 / 1 | 21K348 | BRS1 | SPRTMNG1 | 95 | ROOT | 1.00/1.00 |
| 2008 / 2 | 21K348 | BRS2 | SPRTMNG2 | 100 | ROOT | 1.00/1.00 |
| 2009 / 1 | 21K348 | BJSM1 | JOURN SPRT MGMT | 94 | DONOHUE | 1.00/1.00 |
| 2009 / 2 | 21K348 | BJSM2 | JOURN SPRT MGMT | 85 | DONOHUE | 1.00/1.00 |
| 2010 / 1 | 21K348 | BOSM | BUSINESS OPERAT | 92 | CHAPMAN | 1.00/1.00 |
| 2010 / 2 | 21K348 | BOSM | BUSINESS OPERAT | 93 | CHAPMAN | 1.00/1.00 |
| 2011 / 1 | 21K348 | BV | VITURAL ENTERPR | 92 | Heywood | 1.00/1.00 |
| 2011 / 2 | 21K348 | BV | VITURAL ENTERPR | 90 | Heywood | 1.00/1 00 |

Subject Area Average : **92.62%**          Subject Area : Actual Credits / Credits Earned : 8.00 / 8.00
Credits Averaged : 8.00

## The Arts / 7

| | | | | Actual Mark | | |
|---|---|---|---|---|---|---|
| 2010 / 1 | 21K348 | U1 | REQUIRED MUSIC | 94 | VASELIKO | 1.00/1.00 |
| 2010 / 2 | 21K348 | U1 | REQUIRED MUSIC | 94 | BRANICKA | 1.00/1.00 |

Subject Area Average : **94.00%**          Subject Area : Actual Credits / Credits Earned : 2.00 / 2.00
Credits Averaged : 2.00

## Health/Physical Education / 8

| | | | | Actual Mark | | |
|---|---|---|---|---|---|---|
| 2008 / 1 | 21K348 | PP1 | PHYS ED 9 TERM | 90* | BENSON | 0.60/0.60 |
| 2008 / 2 | 21K348 | PP2 | PHYS ED 9 TERM | 90* | BENSON | 0.60/0.60 |
| 2009 / 1 | 21K348 | PP3 | PHYS ED 10 TERM | 95 | BENSON | 0.60/0.60 |
| 2009 / 2 | 21K348 | PP4 | PHYS ED 10 TERM | 85* | BENSON | 0.60/0.60 |
| 2010 / 1 | 21K348 | PP5 | PHYS ED 11 TERM | 90* | PERAZZO | 0.60/0.60 |
| 2010 / 2 | 21K348 | PP6 | PHYS ED 11 TERM | 95* | PERAZZO | 0.60/0.60 |
| 2011 / 1 | 21K348 | PP7 | PHYS ED 12 TERM | 90* | PERAZZO | 0.60/0.60 |
| 2011 / 2 | 21K348 | PH1 | HEALTH | 90 | BENSON | 1.00/1.00 |
| 2011 / 2 | 21K348 | PP8 | PHYS ED 12 TERM | 75* | PERAZZO | 0.60/0.60 |

Subject Area Average : **91.88%**          Subject Area : Actual Credits / Credits Earned : 5.80 / 5.80
Credits Averaged : 1.60

## Miscellaneous/Guidance / 9

| | | | | Actual Mark | | |
|---|---|---|---|---|---|---|
| 2008 / 1 | 21K348 | GGA1 | ADVISORY1 | P* | ROOT | 1.00/1.00 |
| 2008 / 2 | 21K348 | GGA2 | ADVISORY2 | 100* | KUDUMALA | 1.00/1.00 |
| 2009 / 2 | 21K348 | GGAL | Leadership | 95* | ZARROUK | 0.00/0.00 |

\*Not Averaged        \*\* Weighted Courses          High School

Authorization:  _Robin Pitts_          Date: 2/28/13

**Kevin Davis JR**
kevin.davis.jr.mil@gmail.com
(347) 522-6597

OBJECTIVE

NYC Correction Officer experience. Transitioning from the United States Army Military Police corp. (MP) to Federal law enforcement. Highly motivated to leverage years of achievements during MP career to provide dedicated service for a Federal Law Enforcement Agency. Qualifications include a pending Bachelor of Science in Forensic Psychology; comprehensive field training; and experience in safety patrol, security details, undercover investigations and public-service activities. Preparing to become Federal Prosecutor for Department Of Justice.

EDUCATION

**Bachelor of Science in Forensic Psychology Minor Law 2019**
*John Jay College* New York, New York
2016-Present 3.5 G.P.A.

**High School Advanced Regents Diploma 2012**
*High School of Sports Management* Brooklyn, New York
2008-2012 3.9 G.P.A. Graduated #3rd in my class

CERTIFICATION
& CLEARANCE

United States Army Military Police Branch Training.
Security Clearance
Intelligence Operations
Certified in first aid/CPR, and handcuffing/flexi-cuff procedures.
Weapons certifications: MP 9mm pistol, M4 carbine,

MILITARY
EXPERIENCE

United States Army Military Police Soldier

**Military Police Officer,** 11/13 to Present
Awarded MP position at the culmination of 12-week basic training and an additional 12 weeks of intensive, specialized Military Police (MP) training. Currently serving as a Military Police Soldier protecting lives and property, patrolling the military base and preserving law and order at Fort Hamilton U.S. Army Base.
**Joint Terrorism Task Force Empire Shield** June 2016-September 2016 Team Member
**Honor Guard Member** -Perform funeral honors for fallen Soldiers
**ROTC-CCNY -** Training to become a Military Officer

PROFESSIONAL
LAW ENFORCEMENT
EXPERIENCE

**NEW YORK CITY DEPARTMENT OF CORRECTION** 2015 -2016
Correction Officer
Special Search Team Member
Ceremonial Unit

**New York City Police Department (NYPD)**
AUXILIARY POLICE OFFICER 2012-2014
Performed uniform patrol, while providing traffic and crowd control.
Directed vehicular and pedestrian traffic during parades, marathons,
concerts, and intersections with malfunctioned traffic equipment.
First responder to accident scenes, and fire scenes.
Under supervision of senior Police executives, assisted and
administered Precinct Identification Programs, Combat Auto Theft Program,
Bicycle ID Program, Operation Kidcare, and VIN Etching Program. Responded
to police emergencies, leading to the apprehension and arrest of suspects.

**New York City Police Department (NYPD)**
EXPLORER CADET 2008-2014 NYPD POST 2001
Served as Sergeant ranking cadet. Served as Explorer Administrative
Assistant to post advisor (EAA) assisting in the running of academies and
training. Trained and instructed cadets in search and rescue, radio procedure,
building searches, traffic stops, crime scene investigation, hostage negotiation,
counter-terrorism, active-shooter areas, domestic crises, arrests and use of force
and report writing.

MEDICAL
EXPERIENCE

**EAST FARMINGDALE VOLUNTEER FIRE DEPARTMENT**
RESCUE AND FIREFIGHTER MEMBER 2013-2014
Farmingdale, New York
OSWEGO UNIVERSITY SAVAC AMBULANCE CORP
RESCUE MEMBER 2012-2013
Oswego, New York

Assist the EMT's and Paramedics in responding to Emergency calls.
Fluent in medical terminology and the proper use of various medical
tools and equipment. I take the patient's blood pressure, administer oxygen, fill
out medical documents via medical staff, and transport patients on a stretcher,
stair chair, and backboard. Respond to fires, car accidents, Life-Threatening
injuries, and rapid Paramedic response. Fire and Emergency Medical Service
driver during emergencies to life, health, and to the environment. Natural
Disaster response experience, "Hurricane Sandy".

MILITARY POLICE
TRAINING

**ADVANCED COURSEWORK AND JOB EXPERIENCE**

Security Police Tactics. Criminal Investigations. Situational Training.
Weapons Handling. Levels of Force. Civil Disturbances. Urban Area Force
Protection. Personal Security Detail. Conflict Management. Law Enforcement &
Public Safety. Emergency Planning & Response Security/Surveillance
Operations. Criminal Investigations. Crime Prevention. Traffic Patrol. Evidence
Collection. Defensive Tactics. Counterterrorism Strategies. Firearms Safety &
Handling. Interviews & Interrogations. Crime Scene Management.

COMMENDATIONS

Award: South Brooklyn Youth Consortium 90 Club for Academic Excellence
Award: Astella Development Corporation Community Service Award 2011
Award: Councilman Domenic M. Recchia Jr Award for Community Service 2012
Award: Assemblyman Alec Brook Krasny Black History Month Award 2011
Award: Achieved honor roll in all classes in 9Th, 10Th, 11th, and 12th grade 2008-2012
Award: NYS Assembly -Winning 2nd place in the Holocaust Memorial Essay contest
Award: Certificate of appreciation 2009 summer of service volunteer @ SBYC Inc.
Award: Camp Tommy Fresh Air Fun Excellence achieved in Camper Development 2009
Award: NYPD EXPLORER Award for great achievement 2010-2011
Award: NEW YORK CITY POLICE DEPARTMENT Commissioner for a day 2009
Award: Most Logged Community service hours in a year in my community 2012
Award: Teacher certificate of achievement 2012
Award: Hackett Medal of Graduation 2012
Award: #3 Academic Rank, High School of Sports Management, Class of 2012

COMMUNITY SERVICE

**SOUTH BROOKLYN YOUTH CONSORTIUM INC.**

**BROOKLYN, NEW YORK 2005-PRESENT**

- Volunteer Mentor
- Community Service Learning Activities
- Kaiser Park Easter Egg Hunt
- Kaiser Park Community Clean Up
- Cleaned up the community for Earth Day
  Controlled Bake Sales
- Kaiser Park Arts In The Park
- Halloween Expo to Benefit Habitat for Humanity
- Coney Island Gospel Assembly Feeding the Homeless
- Dr. Martin Luther King Community Clean Up
- Voter Registration Drive
- Volunteer-Community Youth Activist

- Gone But Not Forgotten Media Assistant
- Park Slope to Brooklyn Marathon "Emergency Number"
- Coney Island Generation Gap Soap Box Derby Community Assistant
- Brooklyn Cyclones - Lil Mama Christmas Celebration
- High School of Sports Management- Celebrity Softball Event
- Organized and gave away Christmas presents to the less fortunate with Little Mama
- Celebrity Softball Game Media Assistant and in charge of Community Relations
- Cigg(org.) Member of Teen Summit to fight for and propose the first HIP Hop Bill of Rights
- NYPD Explorer 2007-present(PSA 1 AND TD 34)
- LIU College event staff partnership with HSSM- Photographer, escort, gofer.

CHRISTIAN CULTURAL CENTER

**CHRISTIAN CULTURAL CENTER CHURCH**

**12020 Flatlands Ave, Brooklyn New York 11207 2008-Present**

Media Volunteer, C3 Performance Arts Ministry, Choir, Youth Minister. Lead Actor in most productions. Singer, radio personality, Host.

EXHIBIT 3

EXHIBIT   3

 **Gmail**                                                    Gmail Account <kevin.davis.jr.mil@gmail.com>

## Request for Police Academy
4 messages

**Kevin Davis** <kevin.davis.jr.mil@gmail.com>                          Thu, Oct 27, 2016 at 1:47 PM
To: deanstaf@oswego.edu, deanofstudents@oswego.edu

Hello Mrs. Holly this is Kevin Davis DOB: Feb 22 1994 last four:8270.

I attended Suny Oswego fall 2012

I am requesting my student disciplinary record in full to this email address for the Police academy.

My cell is 13475226597

Sincerely,

Kevin Davis

---

**Dean of Students** <deanofstudents@oswego.edu>                        Thu, Oct 27, 2016 at 2:21 PM
To: Kevin Davis <kevin.davis.jr.mil@gmail.com>

Hi Kevin,

Thank you for the information (DOB and SSdigits) it made it much easier to review our data.

Kevin, you have no file with this office. You were never charged, you were never given a warning, there is nothing to report.

Best of luck with the police academy.

Regards.
Holly Perfetti
Administrative Assistant
Dean of Students


Office of the Dean of Students
501 Culkin Hall
(315) 312-5483
deanofstudents@oswego.edu

[Quoted text hidden]

---

**Kevin Davis** <kevin.davis.jr.mil@gmail.com>                          Thu, Oct 27, 2016 at 2:41 PM
To: Matthew Vogelman <mvogelman@panynj.gov>


Begin forwarded message:

**From:** Dean of Students <deanofstudents@oswego.edu>
**Date:** October 27, 2016 at 14:21:38 EDT
**To:** Kevin Davis <kevin.davis.jr.mil@gmail.com>
**Subject: Re: Request for Police Academy**

[Quoted text hidden]

---

**Kevin Davis Jr** <kevin.davis.jr.mil@gmail.com>                     Wed, Nov 2, 2016 at 3:37 PM
To: Matthew Vogelman Detective <mvogelman@panynj.gov>

——— Forwarded message ———
From: **Dean of Students** <deanofstudents@oswego.edu>
Date: Thu, Oct 27, 2016 at 2:21 PM
Subject: Re: Request for Police Academy
[Quoted text hidden]

6/22/2017                                                                                    Gmail - URGENT

 **Gmail**                                            Gmail Account <kevin.davis.jr.mil@gmail.com>

## URGENT
10 messages

**Department of Justice** <kevin.davis.jr.mil@gmail.com>                          Wed, Mar 1, 2017 at 3:01 PM
To: deanofstudents@oswego.edu

Hello Dean of Students this is Kevin Davis DOB: Feb 22 1994 last four:8270.

I attended Suny Oswego fall 2012

I am filing my request for any alleged incident reports with my name involved be sealed.

I have loss 6 law enforcement job opportunities, including a DOJ internship because of alleged incidents  that originated at SUNY Oswego during my attendance.

My Military security clearance is at risk for suspension, because of these incidents.

As far as my recollection, pledges were hazing and pranking on campus and things got out of hand and I wound up taking the fall for any stupidity and foolishness that was done. Bro code type stuff, but I didn't know at the time this would hurt my job prospects of becoming a police officer, and then lawyer.

You may request the sealing of a  record for the following case results:

not guilty finding, whether by a court or a jury;
no bill returned by a grand jury (failure to indict);
no probable cause finding by a court;
dismissal without probation entered by a court; OR
nolle prosequi entered (entry on the record of no further prosecution by the prosecutor).

I look forward to you honoring my request.

My cell is 13475226597


Sincerely,

Kevin Davis


**Dean of Students** <deanofstudents@oswego.edu>                                 Wed, Mar 1, 2017 at 4:16 PM
To: Department of Justice <kevin.davis.jr.mil@gmail.com>

Kevin,

In order for us review your record you need to send us your student ID number, social security number or date of birth.

You speak of being part of an organization - what is the name of the organization?

6/22/2017                                    Gmail - URGENT

Thank you.
Holly Perfetti
Administrative Assistant
Office of the Dean of Students
501 Culkin Hall
(315) 312-5483
deanofstudents@oswego.edu

[Quoted text hidden]

---

**John Appleseed** <kevin.davis.jr.mil@gmail.com>          Wed, Mar 1, 2017 at 4:58 PM
To: Dean of Students <deanofstudents@oswego.edu>

Social 103 82 8270
[Quoted text hidden]

---

**John Appleseed** <kevin.davis.jr.mil@gmail.com>          Wed, Mar 1, 2017 at 8:46 PM
To: Dean of Students <deanofstudents@oswego.edu>

Date of birth 02/22/94

On Mar 1, 2017, at 16:16, Dean of Students <deanofstudents@oswego.edu> wrote:

[Quoted text hidden]

---

**Dean of Students** <deanofstudents@oswego.edu>          Thu, Mar 2, 2017 at 3:33 PM
To: John Appleseed <kevin.davis.jr.mil@gmail.com>

Kevin,

In answer to your email please read the following information taken from your file at the Student Conduct office.

9/14/13 you were issued an appearance ticket for public urination. You met with Student Conduct and sanctioned a warning, Echeckup and a parental. This incident is over 3 years old and because it was only a warning - it is not reportable.

9/24/14 you were charged with failure to comply because you did not complete an assigned sanction by its deadline. You met with Student Conduct and sanctioned a warning, complete the incomplete sanction and attend an event on campus. This incident is not over 3 years old - it is reportable.

This concludes you conduct history.

Holly Perfetti
Administrative Assistant
Dean of Students
Office of the Dean of Students
501 Culkin Hall
(315) 312-5483
deanofstudents@oswego.edu

[Quoted text hidden]

---

**John Appleseed** <kevin.davis.jr.mil@gmail.com>          Thu, Mar 2, 2017 at 5:36 PM
To: Dean of Students <deanofstudents@oswego.edu>

Are you sure you have the right kevin davis because I never urinated anywhere

[Quoted text hidden]

---

**John Appleseed** <kevin.davis.jr.mil@gmail.com>                    Thu, Mar 2, 2017 at 5:38 PM
To: Dean of Students <deanofstudents@oswego.edu>

My D.O.B is 02/22/1994 kevin davis last four 8270
[Quoted text hidden]

---

**John Appleseed** <kevin.davis.jr.mil@gmail.com>                    Thu, Mar 2, 2017 at 6:09 PM
To: Dean of Students <deanofstudents@oswego.edu>

I only attended the school fall 2012
[Quoted text hidden]

---

**Dean of Students** <deanofstudents@oswego.edu>                    Fri, Mar 3, 2017 at 9:35 AM
To: John Appleseed <kevin.davis.jr.mil@gmail.com>

Kevin,

My apologies, I did have the wrong file.

Kevin, after searching conduct data base, emails, and calendars I do not find you as being charged with any
violation of the student conduct code, not individually or with an organization.

Regards.
Holly Perfetti
Administrative Assistant

Office of the Dean of Students
501 Culkin Hall
(315) 312-5483
deanofstudents@oswego.edu

[Quoted text hidden]

---

**John Appleseed** <kevin.davis.jr.mil@gmail.com>                    Fri, Mar 3, 2017 at 11:52 AM
To: Dean of Students <deanofstudents@oswego.edu>

Ok thank you very much
[Quoted text hidden]

6/22/2017                                Gmail - Request for Disciplinary record

 Gmail                          **Gmail Account <kevin.davis.jr.mil@gmail.com>**

---

## Request for Disciplinary record
6 messages

---

**Kevin Davis** <kevin.davis.jr.mil@gmail.com>                    Thu, Jul 7, 2016 at 2:36 PM
To: dean.students@farmingdale.edu

Hello I'm kevin davis Jr.
Date of Birth is Febuary 22 1994
Adress is 2750 w 33rd street apt 749 Brooklyn NY 11224

I am requesting my disciplinary record for the Port Authority Police Department selection process.

I'm releasing my information to the Port Authority of New York New Jersey.

May you mail a copy to my home address ASAP as my appointment nears in one week.

Thank You God Bless
Go Rams!

Kevin Davis Jr

---

**Terry Esnes-Johnson** <johnsot@farmingdale.edu>                 Thu, Jul 7, 2016 at 2:48 PM
To: Kevin Davis <kevin.davis.jr.mil@gmail.com>

When were you a student here?
[Quoted text hidden]

---

**Kevin Davis** <kevin.davis.jr.mil@gmail.com>                    Thu, Jul 7, 2016 at 7:52 PM
To: Terry Esnes-Johnson <johnsot@farmingdale.edu>

2013-2014
[Quoted text hidden]

---

**Terry Esnes-Johnson** <johnsot@farmingdale.edu>                 Fri, Jul 8, 2016 at 10:56 AM
To: Kevin Davis <kevin.davis.jr.mil@gmail.com>

Kevin,
Attached is a digital copy of your letter....I am sending out in today's mail an original for the PA and an envelope
for them, and a copy for your records and two business cards, one for you and one for the PA.
                          Dean Johnson

----Original Message----
From: Kevin Davis [mailto:kevin.davis.jr.mil@gmail.com]
Sent: Thursday, July 07, 2016 7:52 PM
To: Terry Esnes-Johnson <johnsot@farmingdale.edu>
[Quoted text hidden]

📎 **PANYNJ Davis.pdf**
   159K

---

**Kevin Davis** <kevin.davis.jr.mil@gmail.com>                    Fri, Jul 8, 2016 at 1:16 PM

6/22/2017                                     Gmail - Request for Disciplinary record

To: Terry Esnes-Johnson <johnsot@farmingdale.edu>

Thank you so much
[Quoted text hidden]
> <PANYNJ Davis.pdf>

---

**Kevin Davis Jr** <kevin.davis.jr.mil@gmail.com>                     Wed, Nov 2, 2016 at 3:27 PM
To: Matthew Vogelman Detective <mvogelman@panynj.gov>

[Quoted text hidden]

 **PANYNJ Davis.pdf**
159K

# Farmingdale
# State College

July 8, 2016

Port Authority of New York and New Jersey Police Department

Port Authority Technical Center

Jersey City, NJ    07310

RE:   Applicant Kevin Davis, Jr.- Farmingdale State College conduct record information

To Whom It May Concern:

Kevin Davis, Jr. had been a student at Farmingdale State College from 2013-14.

During his enrollment time, he was not involved in a negative conduct that warranted any judicial action from myself as the Conduct Officer of the College.

If any additional information is needed, I can be reached at 631-420-2104. I have enclosed my business card if additional information is needed.

Sincerely,

Theresa Esnes-Johnson

Dean of Students

A Campus of The State University of New York

EXHIBIT   4

EXHIBIT   4

6/22/2017                                    Gmail - NYC DEPT OF CORRECTION

 Gmail                          **Gmail Account <kevin.davis.jr.mil@gmail.com>**

---

## NYC DEPT OF CORRECTION
4 messages

---

**Kelly, Yomaira** <Yomaira.Kelly@doc.nyc.gov>                    Sat, May 16, 2015 at 6:48 AM
To: "KEVIN.DAVIS.JR.MIL@GMAIL.COM" <KEVIN.DAVIS.JR.MIL@gmail.com>

GOOD MORNING I RECEIVED YOUR VOICEMAIL PLEASE ACKNOWLEDGE RECEIPT OF THIS EMAIL AS
WELL AS A SCHEDULED INTERVIEW APPOINTMENT FOR WED MAY 20, 2015 AT 2:30 PM

*Yomaira Kelly*

**Correction Officer Investigator**

**New York City Department of Correction**

Applicant Investigation Unit

Bulova Corporate Center

75-20 Astoria Boulevard, Suite 310

East Elmhurst , New York 11370

Phone : 718-546-3323

Fax : 718-278-6088

**yomaira.kelly@doc.nyc.gov**



---

📄 **E-Mail Step 2.docx**
20K

---

**kevin.davis.jr.mil@gmail.com** <kevin.davis.jr.mil@gmail.com>          Sat, May 16, 2015 at 9:37 AM
To: Yomaira Kelly@doc nyc gov

I have received this email and will see you Wednesday Officer Kelly

——— Original message———
**From:** Kelly, Yomaira
**Date:** Sat, May 16, 2015 6:49 AM
**To:** 'KEVIN.DAVIS.JR.MIL@GMAIL.COM';
**Subject:**NYC DEPT OF CORRECTION

[Quoted text hidden]

---

**Kevin Davis Jr** <kevin.davis.jr.mil@gmail.com>                    Thu, May 21, 2015 at 1:03 PM
To: Yomaira.Kelly@doc.nyc.gov

I have faxed the documents you needed. I faxed them to 1718 268 6071 because 6062 was busy.
[Quoted text hidden]

---

**Kelly, Yomaira** <Yomaira.Kelly@doc.nyc.gov>                    Thu, May 21, 2015 at 1:56 PM
To: Kevin Davis Jr <kevin.davis.jr.mil@gmail.com>

Copy

*Yomaira Kelly*

**Correction Officer Investigator**

**New York City Department of Correction**

Applicant Investigation Unit

Bulova Corporate Center

75-20 Astoria Boulevard, Suite 310

East Elmhurst , New York 11370

Phone : 718-546-3323

Fax : 718-278-6088

**yomaira.kelly@doc.nyc.gov**

Gmail - NYC DEPT OF CORRECTION



**From:** Kevin Davis Jr [mailto:kevin.davis.jr.mil@gmail.com]
**Sent:** Thursday, May 21, 2015 1:04 PM
**To:** Kelly, Yomaira
**Subject:** Re: NYC DEPT OF CORRECTION

[Quoted text hidden]

6/22/2017                                                                Gmail - Status Paperwork

 Gmail                                    **Gmail Account <kevin.davis.jr.mil@gmail.com>**

---

## Status Paperwork
13 messages

---

**Kevin Davis Jr** <kevin.davis.jr.mil@gmail.com>                    Thu, Jun 11, 2015 at 11:19 AM
To: Yomaira Kelly <Yomaira.Kelly@doc.nyc.gov>

Hello Investigator Kelly,

This is your candidate Kevin Davis. Can you email me, on NYCDOC letterhead, with your Stamp on the bottom,
basically stating that I am a candidate for the August academy, with a possible start date, and any other
information that you think may be pertinent in the letter.

Thank You very much,

Recruit Kevin Davis

---

**Kelly, Yomaira** <Yomaira.Kelly@doc.nyc.gov>                    Thu, Jun 11, 2015 at 11:24 AM
To: Kevin Davis Jr <kevin.davis.jr.mil@gmail.com>

Good Morning,

Did you do pre-employment already?

**From:** Kevin Davis Jr [mailto:kevin.davis.jr.mil@gmail.com]
**Sent:** Thursday, June 11, 2015 11:19 AM
**To:** Kelly, Yomaira
**Subject:** Status Paperwork

[Quoted text hidden]

---

**Kevin Davis Jr** <kevin.davis.jr.mil@gmail.com>                    Thu, Jun 11, 2015 at 11:25 AM
To: "Kelly, Yomaira" <Yomaira.Kelly@doc.nyc.gov>

I believe so
[Quoted text hidden]

---

**Kelly, Yomaira** <Yomaira.Kelly@doc.nyc.gov>                    Thu, Jun 11, 2015 at 11:26 AM
To: Kevin Davis Jr <kevin.davis.jr.mil@gmail.com>

What do you mean you believe so did you come in with the cpd booklet did they call you to come already ?

**From:** Kevin Davis Jr [mailto:kevin.davis.jr.mil@gmail.com]
**Sent:** Thursday, June 11, 2015 11:25 AM
**To:** Kelly, Yomaira
**Subject:** Re: Status Paperwork

[Quoted text hidden]

---

**Kevin Davis Jr** <kevin.davis.jr.mil@gmail.com>                    Thu, Jun 11, 2015 at 11:34 AM
To: "Kelly, Yomaira" <Yomaira.Kelly@doc.nyc.gov>

I thought pre employment was taking the agility, B.I., Psych,
[Quoted text hidden]

---

**Kevin Davis Jr** <kevin.davis.jr.mil@gmail.com>                    Thu, Jun 11, 2015 at 11:38 AM
To: "Kelly, Yomaira" <Yomaira.Kelly@doc.nyc.gov>

Whats my status then?
[Quoted text hidden]

---

**Kelly, Yomaira** <Yomaira.Kelly@doc.nyc.gov>                      Thu, Jun 11, 2015 at 11:41 AM
To: Kevin Davis Jr <kevin.davis.jr.mil@gmail.com>

NO PRE-EMPLOYMENT IS WHEN THE SUPERVISORS UP TOP ALREADY SIGNED OFF YOUR RECOMMENDATION
AND YOU GET THE CALL THAT YOU HAVE TO COME IN AND DO PRE-EMPLOYMENT BEFORE THE ACADEMY
BEGINS THAT DAY YOU WILL FILL OUT ALL FORMS FOR THE ACADEMY ..I SUBMITTED YOUR CASE ALREADY I
KNOW YOU DID ALL THREE STEPS BEFORE PRE-EMPLOYMENT SO NOW JUST SIT TIGHT AND WAIT FOR THAT
CALL YOU SHOULD BE GOOD THE ANTICIPATED DATE FOR THE ACADEMY IS THURSDAY AUGUST 6,2015


**From:** Kevin Davis Jr [mailto:kevin.davis.jr.mil@gmail.com]
**Sent:** Thursday, June 11, 2015 11:35 AM
**To:** Kelly, Yomaira
**Subject:** Re: Status Paperwork


I thought pre employment was taking the agility, B.I., Psych,


On Thu, Jun 11, 2015 at 11:26 AM, Kelly, Yomaira <Yomaira.Kelly@doc.nyc.gov> wrote:

What do you mean you believe so did you come in with the cpd booklet did they call you to come already ?


**From:** Kevin Davis Jr [mailto:kevin.davis.jr.mil@gmail.com]
**Sent:** Thursday, June 11, 2015 11:25 AM
**To:** Kelly, Yomaira
**Subject:** Re: Status Paperwork


I believe so


On Thu, Jun 11, 2015 at 11:24 AM, Kelly, Yomaira <Yomaira.Kelly@doc.nyc.gov> wrote:

Good Morning,

6/22/2017                                    Gmail - Status Paperwork

Did you do pre-employment already?


**From:** Kevin Davis Jr [mailto:kevin.davis.jr.mil@gmail.com]
**Sent:** Thursday, June 11, 2015 11:19 AM
**To:** Kelly, Yomaira
**Subject:** Status Paperwork


Hello Investigator Kelly,


This is your candidate Kevin Davis. Can you email me, on NYCDOC letterhead, with your Stamp on the bottom, basically stating that I am a candidate for the August academy, with a possible start date, and any other information that you think may be pertinent in the letter.


Thank You very much,


Recruit Kevin Davis

---

**Kevin Davis Jr** <kevin.davis.jr.mil@gmail.com>                    Thu, Jun 11, 2015 at 11:42 AM
To: "Kelly, Yomaira" <Yomaira.Kelly@doc.nyc.gov>

Ok, Thank You

Investigator Kelly
[Quoted text hidden]

---

**Kevin Davis** <kevin.davis.jr.mil@gmail.com>                    Fri, Jun 12, 2015 at 11:24 AM
To: "Kelly, Yomaira" <Yomaira.Kelly@doc.nyc.gov>

They called me this morning for pre employment. I made it 😊


[Quoted text hidden]

---

**Kelly, Yomaira** <Yomaira.Kelly@doc.nyc.gov>                    Fri, Jun 12, 2015 at 12:16 PM
To: Kevin Davis <kevin.davis.jr.mil@gmail.com>

I am so happy for you I know you will be fine good luck you can call me or email me if you have any questions


**From:** Kevin Davis [mailto:kevin.davis.jr.mil@gmail.com]

**Sent:** Friday, June 12, 2015 11:24 AM

[Quoted text hidden]

[Quoted text hidden]

---

**Kevin Davis Jr** <kevin.davis.jr.mil@gmail.com>                Fri, Jun 12, 2015 at 2:08 PM
To: "Kelly, Yomaira" <Yomaira.Kelly@doc.nyc.gov>

Roger
[Quoted text hidden]

---

**Kevin Davis Jr** <kevin.davis.jr.mil@gmail.com>                Mon, Jun 15, 2015 at 12:12 PM
To: "Kelly, Yomaira" <Yomaira.Kelly@doc.nyc.gov>

Investigator Kelly

I am currently out of NY and will be there TUES/WED JULY 7TH-8TH
TUES/WED JULY 21-22   . If none of those dates are available, which dates do you have available for pre-
employment because I have to go through multiple channels to get days off so I want to schedule it right. This
way I make pre-employment and enter the August academy.
[Quoted text hidden]

---

**Kevin Davis Jr** <kevin.davis.jr.mil@gmail.com>                Mon, Jun 15, 2015 at 12:13 PM
To: "Kelly, Yomaira" <Yomaira.Kelly@doc.nyc.gov>

Also may you email me my list and exam number.
[Quoted text hidden]

Gmail - Investigator

 Gmail    **Gmail Account <kevin.davis.jr.mil@gmail.com>**

## Investigator

3 messages

---

**Kevin Davis Jr** <kevin.davis.jr.mil@gmail.com>    Tue, Nov 17, 2015 at 5:35 PM
To: Yomaira Kelly <Yomaira.Kelly@doc.nyc.gov>

Did you get the Captains Study Material?

---

**Kelly, Yomaira** <Yomaira.Kelly@doc.nyc.gov>    Thu, Nov 19, 2015 at 1:27 PM
To: Kevin Davis Jr <kevin.davis.jr.mil@gmail.com>

Good Afternoon,

No I have not received it

**From:** Kevin Davis Jr [mailto:kevin.davis.jr.mil@gmail.com]
**Sent:** Tuesday, November 17, 2015 5:36 PM
**To:** Kelly, Yomaira <Yomaira.Kelly@doc.nyc.gov>
**Subject:** Investigator

Did you get the Captains Study Material?

---

**Kevin Davis Jr** <kevin.davis.jr.mil@gmail.com>    Thu, Nov 19, 2015 at 6:43 PM
To: "Kelly, Yomaira" <Yomaira.Kelly@doc.nyc.gov>

OK THANKS
[Quoted text hidden]

Please look through and read very carefully everything below that you need to submit for the interview. (Anything that you missed will cause delay on your application processing)

All candidate must be in ***PROFESSIONAL BUSINESS ATTIRE*** on every appointment. (Except Agility Test)

**Passport photos** (2 needed for the 1st interview)
$▓▓▓▓ ***Post Office*** (**USPS**) Money Order for your fingerprint report (No West Union, No Chase Bank, No CVS, No Citibank and etc.)
CPD-B Forms (This Booklet is needed for Pre-Employment)
**2** Original Booklets, both must be notarized on Page **18**. (You can complete one, then make a copy)

## MUST BRING ALL ORIGINAL DOCUMENTS AND ▓▓COPIES▓▓ OF THE DOCUMENTS

| ORIGINAL DOCUMENTS THAT MUST BE BROUGHT TO THE 1ST INTERVIEW |
|---|
| U.S. Birth Certificate / Naturalization Paper |
| NYS Driver's License |
| Social Security Card |
| 2 Proof of Residency (Electricity, Gas, Cell phone, Bank statement, Utility Bills) |
| Arrest/Criminal Summons Court Disposition Paper (Raised Seal) |
| High School Diploma / GED |
| Official College Transcript(s) Sealed within the envelope (Do Not Open) |
| College Diploma |
| $136.00 Detailed Earning Statement from Social Security Administration Office |
| PVB Printout (Raised Seal with $0.00 balance on it) - You must physically go there |
| DMV Abstract (Pay $7.00 Online PDF printout) |
| Marriage License/Divorce License/Legal Separated Paperwork |
| Military DD214 paper |
| Expired and Valid Foreign or U.S. Passport |
| Vehicle(s) Registration that is(are) under your name |
| Vehicle(s) Insurance that is(are) under your name |
| Expired and Valid Security Guard/Fire Guard/ Any other Misc. License |
| Worker's Compensation Paperwork |
| Conceal Weapon License / Purchase and/or Sold Gun receipt(s) |
|  |
| 2 or 5 Passport Photos |
| $75.00 United States Postal Service (USPS) Money Order |

Http://www.nyc.gov/html/doc/html/job/aiu_unit.shtml
**(Download all forms and fill them out even it does <u>not</u> apply to you)**

**Please prepare the addresses of all your high schools, Colleges and employments after 18yr old. (For School & Work verification purposes)**

**<u>Employment</u>**

- Job Inquiry Forms (for AIU to fax to your previous employments) – if you have 4 jobs after the age of 18, fill out 4 forms. (Do not bring to your workplace)
  Please prepare the following answer for your interview:
  (Employment Time Period/Name of Employment/Position/Reason Left)
  Example:
  (04/2007-06/2014/NYPD/Police Officer/Better Employment)
- Chronological Listing – indicate all employment / unemployment / school time from the age of 18. (do not leave any time gap)
- Detailed Earning Statement ($136.00 from Social Security Office)
- Letter of Support during unemployment (Must be notarized) – if you have 3 periods of time that were unemployed and did not claim Unemployment Benefit, submit 3 separated Letter of Support with notarization.
- Military DD214 / Selective Service Card (male only www.sss.gov)
- HRA form – Medicaid, Food stamps, Housing Assistance, etc. Provide Case #.
- Unemployment Transcript (notarized the form then fax to Department of Labor with the copy of your Social Security Card and Driver's License **518-457-9378 or 518-485-1271**, and return fax number will be mine **718-278-6088**)
- Bankruptcy Paperwork

**<u>Criminal History</u>**

- Domestic Violence Form (Must be notarized)
- Order of Protection Form – if yes, must submit supply documents to explain
- Court Dispositions (if any previous arrests / criminal summons) – must submit original disposition (raised seal). If never been arrest or received criminal summons, still need "No Record Found" with raised seal from the court. (should be free or less than $10 charge)
  [MM/YY / what charge? / What happened? / Disposition (dismissed / Fine)]
- Statement of Convictions (current pending criminal charges if you have any)
- Incarcerated Associations (Must be notarized) – list all the current or former inmates that you associated with. Including phone calls received from them while they were incarcerated, any facility visit, any letters received from them.

- Current and Expired Foreign or U.S. Passport (photo page and all U.S. Custom stamp pages)
- Passport Inquiry Form

## Education

- High school Diploma/GED Diploma
- **Official** College Transcripts (original should be sealed inside of the envelope) 39 or more credits earned – The transcript Envelope must be sealed until your investigator instructed you to open
- High School(s) inquiry Form (for AIU to fax to your previous High Schools) – if you attended 2 high schools, fill out 2 forms (Do not bring to your schools)
- College inquiry Form (for AIU to fax to your previous Colleges) – if you attended 2 colleges, fill out 2 forms (Do not bring to your colleges)

## General Requirements

- Birth Certificate / Naturalization
- Social Security Card
- Two (02) Proofs of New York City Residence – Bank Statement, Gas, Electricity, Utility, Credit Card, and Cell phone bills are acceptable.
- Parking Violations Bureau Printout (PVB)
  1. You must pay all your parking tickets
  2. We need to see $0.00 balance on your printout
  3. Pending traffic court cases will hold your process
- NYS DMV Abstract - $7.00 – if you are from other states, we need both.
- Valid New York State Driver's License
- Vehicle Registration under your name
- Vehicle Insurance under your name
- Marriage License / Divorce / Legally Separation Documents
- Misc. Licenses (Security / Fire Guard, CPR, EMS and etc.) with Certificate if you can provide

## Miscellaneous (print all out read and sign)

- Medical Inquiry Form (must be notarized)
- Corruption Hazard Acknowledgement
- Authorization for Release of Personal Information
- Investigation before Appointment
- Appointment Subject to Investigation
- Notice to Correction Officer Candidates
- Firearm Declaration – if you have any firearm, please provide the receipts (Purchase and sold)

Please feel free to contact me for any question regarding your interview.

EXHIBIT   5

EXHIBIT   5

 Gmail

Gmail Account <kevin.davis.jr.mil@gmail.com>

# INVESTIGATOR PROSPECT EMTC 6610

2 messages

**Kevin Davis** <kevin.davis.jr.mil@gmail.com>                    Sat, Jul 23, 2016 at 5:53 AM
To: "Ramey-Lannaman, Renee" <Renee.Ramey-Lannaman@doc.nyc.gov>
Cc: "Kuczinski, Gregory" <Gregory.Kuczinski@doc.nyc.gov>

Thank you

On Jun 16, 2016, at 12:36, Ramey-Lannaman, Renee <Renee.Ramey-Lannaman@doc.nyc.gov> wrote:

Your resume is received.


**From:** Kevin Davis Jr [mailto:kevin.davis.jr.mil@gmail.com]
**Sent:** Thursday, June 16, 2016 11:41 AM
**To:** Kuczinski, Gregory <Gregory.Kuczinski@doc.nyc.gov>
**Subject:** Re: INVESTIGATOR PROSPECT EMTC 6610 Email 1 of 2


attached below is my resume Microsoft word document


On Thu, Jun 16, 2016 at 6:42 AM, Kuczinski, Gregory <Gregory.Kuczinski@doc.nyc.gov> wrote:

Good morning Mr. Davis—

Please be advised that, we were **unable to open** your résumé via the application utilized from Gmail. Please provide a Microsoft Word version or hard copy as soon as possible.  Have a great day ahead☺


**From:** Kevin Davis [mailto:kevin.davis.jr.mil@gmail.com]
**Sent:** Wednesday, June 15, 2016 4:14 PM
**To:** Kuczinski, Gregory <Gregory.Kuczinski@doc.nyc.gov>; Ramey-Lannaman, Renee <Renee.Ramey-Lannaman@doc.nyc.gov>
**Subject:** Re: INVESTIGATOR PROSPECT EMTC 6610 Email 1 of 2



https://flipagram.com/f/poxUyh8xUj


On Jun 15, 2016, at 12:11, Kevin Davis Jr <kevin.davis.jr.mil@gmail.com> wrote:

Hello I'm Kevin Davis # 6610 ID 1510341. Below you will find attached my resume

https://flipigram.com/f/poxUyh8xUj

<kevres2015.docx>

---

**Kevin Davis** <kevin.davis.jr.mil@gmail.com>                    Fri, Aug 5, 2016 at 10:33 PM
To: "Ramey-Lannaman, Renee" <Renee.Ramey-Lannaman@doc.nyc.gov>
Cc: "Kuczinski, Gregory" <Gregory.Kuczinski@doc.nyc.gov>

I'm back at work
[Quoted text hidden]

 Gmail

**Gmail Account <kevin.davis.jr.mil@gmail.com>**

---

## Px resume

---

**postmaster@doitt.nyc.gov <postmaster@doitt.nyc.gov>**
To: kevin.davis.jr.mil@gmail.com

Wed, Jun 15, 2016 at 11:53 AM

---

### Delivery has failed to these recipients or groups:

renee.ramey.lannaman@doc.nyc.gov
The e-mail address you entered couldn't be found. Please check the recipient's e-mail address and try to resend the message. If the problem continues, please contact your helpdesk.

### Diagnostic information for administrators:

Generating server: cs.nycnet

renee.ramey.lannaman@doc.nyc.gov
#550 5.1.1 RESOLVER.ADR.RecipNotFound; not found ##

Original message headers:

```
Received: from CityMail3A.nycnet (10.136.8.28) by csmail.nyc.gov
 (10.155.60.106) with Microsoft SMTP Server id 14.3.266.1; Wed, 15 Jun 2016
 11:53:10 -0400
X-AuditID: 0a88081c-f79896d000000911-e3-576179e21222
Received: from vwall6.nyc.gov ( [161.185.2.41])  (using TLS with cipher
 DHE-RSA-AES256-SHA (256/256 bits))     (Client did not present a certificate)  by
 CityMail3A.nycnet (Symantec Messaging Gateway) with SMTP id
 14.02.02321.2E971675; Wed, 15 Jun 2016 11:53:08 -0400 (EDT)
Received-SPF: Pass (vwall6.nyc.gov: domain of
 kevin.davis.jr.mil@gmail.com designates 209.85.213.54 as
 permitted sender) identity=mailfrom; client-ip=209.85.213.54;
 receiver=vwall6.nyc.gov;
 envelope-from="kevin.davis.jr.mil@gmail.com";
 x-sender="kevin.davis.jr.mil@gmail.com";
 x-conformance=spf_only; x-record-type="v=spf1"
Received-SPF: None (vwall6.nyc.gov: no sender authenticity
 information available from domain of
 postmaster@mail-vk0-f54.google.com) identity=helo;
 client-ip=209.85.213.54; receiver=vwall6.nyc.gov;
 envelope-from="kevin.davis.jr.mil@gmail.com";
 x-sender="postmaster@mail-vk0-f54.google.com";
 x-conformance=spf_only
X-IronPort-AV: E=Sophos;i="5.26,476,1459828800";
 d="jpg'145?scan'145,208,145,217";a="38901685"
X-Attachment-filename: 6BF9C876-9C7B-44C7-8FBE-99095F0832F3.JPG, IMG_3660.JPG, IMG_3967.JPG,
 IMG_3969.JPG, IMG_3970.JPG, IMG_4176.JPG
Received: from mail-vk0-f54.google.com ([209.85.213.54])  by vwall6.nyc.gov
 with ESMTP/TLS/AES128-SHA; 15 Jun 2016 11:53:00 -0400
```

6/22/2017                                                        Gmail - Px resume

                    for <renee.ramey.lannaman@doc.nyc.gov>; Wed, 15 Jun 2016 08:53:00
        -0700 (PDT)
    DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
                    d=gmail.com; s=20120113;
                    h=mime-version:in-reply-to:references:from:date:message-id:subject:to;
                    bh=X9jgiO9RbYmDLUsdyrNICvl9F6KDf1URXSoF9upm/XY=;
                    b=ss5S80qoL92SgyTj5rnTf8RF9kLUAZQ78oEgkzRMhVPVbyCfcKOl7X+ezS5/a29rJ1
                     zadGTp5JkUOVXhAvvlhqks9mCqZwbTBCsCNQIXCv0uQ1DBXswWQ8G/UKaJbuhPga5Nxu
                     7gxnQBrpQB1iL1pe7WsPqWpOR03un1c6koyEqwchzEGv3QZYG2eQYA97nLwbMvQI54z/
                     HyGXijBvLJwAODwPXB2J5Vbq+7NM35H/iYSQsfCxoHz5sTLxNSXVVORFOpSEH/F/Un2X
                     yhbtkyE8K1gmybCCD28FJzwJdI7TO1LyuYwbwl1TVDPHKoqx2fj7sdlDc5NCrTxfvkZt
                     AMEw==
    X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
                    d=1e100.net; s=20130820;
                    h=x-gm-message-state:mime-version:in-reply-to:references:from:date
                     :message-id:subject:to;
                    bh=X9jgiO9RbYmDLUsdyrNICvl9F6KDf1URXSoF9upm/XY=;
                    b=LYLEORIEp9h4e6ZUYexrk6SSWcPy0KtyRyRlpT2+y8XwExjSNxO65WwCiUGd3eednL
                     xBVGVoEGlH/0GF9Q2gYWNmlu5Gc5e4V6WCnwNrFAfzl1P129CqPm4hQdK/w6Gtoz3b4b2
                     K/JkVWamQPLSgi3ZnxeA2BHPmMY21N4MFaPsBL845PD8EZlRWX7xy0fN7OsRVI+dfcOj
                     SdTtjwUoFeuKIbQPFyDZINZW0IjHO3ewYrfOThU7l6BWvLkxgjKW6xVrIPRY3j8VYQGM
                     0PR1Zl/wsgGpaAAPypV7XvRvgDiN52Mc9zoTRC354YwXpZOGdOZyh18juJ+94COpwzLF
                     dZcQ==
    X-Gm-Message-State: ALyK8tLWEWj7l1tri8DZyrDMykI/k8UWPH7hLa5R+r4URvStd4tb/
        xTyzVr7eCjDPNWSFEsusUk7oBuO4IXuHg==
    X-Received: by 10.31.74.72 with SMTP id x2mr9005285vka.99.1466005979293; Wed,
        15 Jun 2016 08:52:59 -0700 (PDT)
    MIME-Version: 1.0
    Received: by 10.159.41.131 with HTTP; Wed, 15 Jun 2016 08:52:58 -0700 (PDT)
    In-Reply-To: <E2F40A56-6B9D-42CD-A671-F891B7F24FB8@gmail.com>
    References: <E2F40A56-6B9D-42CD-A671-F891B7F24FB8@gmail.com>
    From: Kevin Davis Jr <kevin.davis.jr.mil@gmail.com>
    Date: Wed, 15 Jun 2016 11:52:58 -0400
    Message-ID: <CAK4xgxqzqChJYog6s5jpsjZo3e6Fo_9kbLcvWQ96Q3ptmwDjJQ@mail.gmail.com>
    Subject: Fwd: Px resume
    To: <renee.ramey.lannaman@doc.nyc.gov>
    Content-Type: multipart/mixed; boundary="001a114da276a318100535531d61"
    X-Brightmail-Tracker: H4sIAAAAAAAAA22TbUhTURjHPbt3d9fhheNN3MOswKX2hqlY5Ae1N4MyI7/UpD7UTS9TmlPu
             tnJRsDBczcTXXjRZLTNK84WC3ihFycolJjq/aImJhiKVJaKmZtuu64X89n/+/99zznMO59AE
             WyJT0nyOgRd0nFZFyUn7U8n68BETp44cviaPsc9Zq01oz+C3yGR0WB6bxmszTvJCRPwxeXrp
             qBNlWwssVE5LyRxhRq+uT0qtyJcGvB1eXLLZJRB0IXQMNlBXJaRYXS8C8WIXEolcCRTNtErFw
             SKCztGCpJRVK70c8AWALgqnnX2QilYvgkbWbFItKBM15j6XugsTzJNgKH5Jif5UUajoiRK2F
             yp7cJT8LPp/vJtyawf7QXj7s8Vm8D0reXfb4vjg03r/8jkQ/FkbrGzyawtFQY572aBKHwuDY
             uERcJxnGnuRRbr0CK6C5+Z5HB+AQKBy872JomsAJ0Dh6qggpRK9v7aueJP4rYJnAh1ZXdlor0W
             GmysaIdB/6Nemag3wh37OFHhOjDhvoraLgcl8mq42hQvMsFQlv/Rw4Nrzt6WaqmIaKC/54CI
             xMDP+UliObzsStmSr4E05yDy8q/fTFDL8cOlZtLLW6xFlJdfbBqV/svTHv52W6wX73P0/8aH
             OqeXHad4Yuj3OHbrLcLL1419kv3Ph8Hn7jnpTbS6BvnvyjCY9nMZ2ugdm3SmVB1veIBcL1t+
             gV75BFU8JwlFmEYqP8bJcWpWyp3UmzJbUVhrvaHG2i6kJHVZOl4VwDiNrphJ40yneSHrqGDU
             8vpWFESTKgUjRKWoWazhDPwJns/mBW8qoX0dKFipYJDrA7FYn81lpht1Bi/g/V/daJVyBYN8
             fHxYP1d3Zobh31xpRrbnSXNCNH3NduhU4sANvzjealROhlaHvB+x1dpfShNiaM3swlsq4cid
             0NSjpXFR92dTNp7BG8I5tihtzYx/3sJVxkHvNByvHzduGih3LoRPxR1cx6y2JD2j2pI/GISg
             H7v7hJGmgscXL5lmMvObFc6tZ4X2vYH6r5oHW7b1b1eR+nQuagMh6LlfBWvdhiUEAAA=
    Return-Path: kevin.davis.jr.mil@gmail.com


    Final-Recipient: rfc822;renee.ramey.lannaman@doc.nyc.gov
    Action: failed
    Status: 5.1.1
    Diagnostic-Code: smtp;550 5.1.1 RESOLVER.ADR.RecipNotFound; not found

 Gmail

**Gmail Account <kevin.davis.jr.mil@gmail.com>**

---

## Investigations

**Kevin Davis Jr** <kevin.davis.jr.mil@gmail.com>                     Fri, Jan 29, 2016 at 3:55 PM
To: eileen.fitzgerald@doc.nyc.gov

Hello Investigator Fitzgerald,

This is Officer Kevin Davis. We met today in your office. I wanted to personally Thank You for sitting down with me and squaring me away to prepare for a future endeavor as an Investigator for ID/IG. I hope we can build a professional mentor relationship if that's ok with you. I will keep you updated with the latest. My contact information is 1347-855-0099.

On Fri, Jan 29, 2016 at 3:52 PM, Kevin Davis Jr <kevin.davis.jr.mil@gmail.com> wrote:
  Hello Investigator Fitzgerald,

 **Gmail**          **Gmail Account <kevin.davis.jr.mil@gmail.com>**

## Pic 2
4 messages

---

**Kevin Davis <kevin.davis.jr.mil@gmail.com>**      Tue, Jul 26, 2016 at 11:33 AM
To: Kevin davis <kevin.davis.jr.mil@gmail.com>

 **IMG_3967.JPG**
1516K

---

**Kevin Davis Jr <kevin.davis.jr.mil@gmail.com>**      Sat, Jul 30, 2016 at 11:58 AM
To: dina.simon@doc.nyc.gov

Hello First Deputy Commissioner Simon,

This is Correction Officer Kevin Davis shield # 6610 assigned to EMTC. We met at the Guardian Association Gala on Friday evening. It was a pleasure meeting you. You wanted me to remind you, to send me your contact information. I look forward to working with the Commissioners Office upon completion of Law School.

My contact is 347-855-0099

Sincerely,
Kevin Davis

6/22/2017                                                        Gmail - Pic 2



**IMG_3967.JPG**
1516K

---

**Simon, Dina** <Dina.Simon@doc.nyc.gov>                    Sat, Jul 30, 2016 at 12:39 PM
To: Kevin Davis Jr <kevin.davis.jr.mil@gmail.com>

Hi Kevin,

It was great to see you last night. Below is the scholarship info I mentioned. Based on the schedule it looks like it will open again in the fall. Good luck to you. Stay in touch.

http://www.nyc.gov/html/dcas/html/employees/mgsp.shtml

Dina Simon
First Deputy Commissioner
P. (718) 546-0995 | C. (347) 907-0448
NYC Department of Correction
East Elmhurst, NY 11370
[Quoted text hidden]

        <IMG_3967.JPG>

---

**Kevin Davis** <kevin.davis.jr.mil@gmail.com>                Sat, Jul 30, 2016 at 1:12 PM
To: "Simon, Dina" <Dina.Simon@doc.nyc.gov>

Thanks so much and I will. You inspire me so much believe it or not.
[Quoted text hidden]

 Gmail                                    **Gmail Account <kevin.davis.jr.mil@gmail.com>**

---

## Urgent
3 messages

---

**Kevin Davis** <kevin.davis.jr.mil@gmail.com>                      Sat, Nov 5, 2016 at 1:10 PM
To: dina.simon@doc.nyc.gov

     Hello First Deputy Commissioner Simon,

When are you available for a sit down meeting, I have some information for you.

Sincerely,
Kevin Davis

---

**Simon, Dina** <Dina.Simon@doc.nyc.gov>                      Sat, Nov 5, 2016 at 5:03 PM
To: Kevin Davis <kevin.davis.jr.mil@gmail.com>

Hi Kevin,

What is this information pertaining too? I'm actually out on leave. Are you able to meet with someone from my team?

Dina Simon
First Deputy Commissioner
P. (718) 546-0995 | C. (347) 907-0448
NYC Department of Correction
East Elmhurst, NY 11370
[Quoted text hidden]

---

**Kevin Davis** <kevin.davis.jr.mil@gmail.com>                      Sat, Nov 5, 2016 at 7:16 PM
To: "Simon, Dina" <Dina.Simon@doc.nyc.gov>

Yes I will meet with someone from your team.
[Quoted text hidden]

 Gmail

**Gmail Account <kevin.davis.jr.mil@gmail.com>**

## Meeting
11 messages

**Caputo, Joseph** <Joseph.Caputo@doc.nyc.gov>                    Sat, Nov 5, 2016 at 9:11 PM
To: "kevin.davis.jr.mil@gmail.com" <kevin.davis.jr.mil@gmail.com>

Good evening, I am DWIC Caputo, I work directly for the First Deputy Commissioner. She asked that I reach out to you for the purpose of facilitating a meeting pertaining to urgent information. I am available to meet please let me know whom you are and were you would like to meet.

Sent from my iPhone

**Kevin Davis** <kevin.davis.jr.mil@gmail.com>                    Sun, Nov 6, 2016 at 12:51 PM
To: "Caputo, Joseph" <Joseph.Caputo@doc.nyc.gov>

Hello I'm Kevin Davis and I would like to meet at your office Monday.

> On Nov 5, 2016, at 21:11, Caputo, Joseph <Joseph.Caputo@doc.nyc.gov> wrote:
> Yes
[Quoted text hidden]

**Caputo, Joseph** <Joseph.Caputo@doc.nyc.gov>                    Sun, Nov 6, 2016 at 12:54 PM
To: Kevin Davis <kevin.davis.jr.mil@gmail.com>

Ok perfect. I have an office on Rikers and also at Bulova. Please advise which location is better. Time wise, I have a meeting from 0800 to 1100. And from 1500-1700.  So we can meet afternoon. Let me know what time is good for you.

Sent from my iPhone
[Quoted text hidden]

**Kevin Davis** <kevin.davis.jr.mil@gmail.com>                    Sun, Nov 6, 2016 at 1:33 PM
To: "Caputo, Joseph" <Joseph.Caputo@doc.nyc.gov>

Bulova is better and how's 1200
[Quoted text hidden]

**Caputo, Joseph** <Joseph.Caputo@doc.nyc.gov>                    Sun, Nov 6, 2016 at 2:07 PM
To: Kevin Davis <kevin.davis.jr.mil@gmail.com>

Perfect. I am on the 3rd floor. The FDC suite. Just ask for Dep Caputo at the front desk.

Sent from my iPhone
[Quoted text hidden]

**Kevin Davis** <kevin.davis.jr.mil@gmail.com>                    Sun, Nov 6, 2016 at 2:57 PM
To: "Caputo, Joseph" <Joseph.Caputo@doc.nyc.gov>

Roger see you tomorrow
[Quoted text hidden]

6/22/2017                                            Gmail - Meeting

**Caputo, Joseph** <Joseph.Caputo@doc.nyc.gov>                    Sun, Nov 6, 2016 at 2:57 PM
To: Kevin Davis <kevin.davis.jr.mil@gmail.com>

Copy.

Sent from my iPhone
[Quoted text hidden]

---

**Caputo, Joseph** <Joseph.Caputo@doc.nyc.gov>                    Mon, Nov 7, 2016 at 9:42 AM
To: Kevin Davis <kevin.davis.jr.mil@gmail.com>

Mr Davis can we change this to 1300 hours.

Sent from my iPhone
[Quoted text hidden]

---

**Kevin Davis Jr** <kevin.davis.jr.mil@gmail.com>                Mon, Nov 7, 2016 at 11:04 AM
To: "Caputo, Joseph" <Joseph.Caputo@doc.nyc.gov>

yes we can I will see you at 1300 hrs
[Quoted text hidden]

---

**Caputo, Joseph** <Joseph.Caputo@doc.nyc.gov>                   Mon, Nov 7, 2016 at 11:14 AM
To: Kevin Davis Jr <kevin.davis.jr.mil@gmail.com>


Copy


**From:** Kevin Davis Jr [mailto:kevin.davis.jr.mil@gmail.com]
**Sent:** Monday, November 07, 2016 11:05 AM
**To:** Caputo, Joseph <Joseph.Caputo@doc.nyc.gov>
**Subject:** Re: Meeting

[Quoted text hidden]

---

**Kevin Davis** <kevin.davis.jr.mil@gmail.com>                   Mon, Nov 7, 2016 at 2:13 PM
To: "Caputo, Joseph" <Joseph.Caputo@doc.nyc.gov>

Thank You I greatly appreciate it.
[Quoted text hidden]

 **Gmail**                                    **Gmail Account <kevin.davis.jr.mil@gmail.com>**

## Legal
1 message

**Kevin Davis** <kevin.davis.jr.mil@gmail.com>                          Tue, Nov 8, 2016 at 10:32 AM
To: Joseph.Caputo@doc.nyc.gov

> Send to legal
> One of many threatening messages sent to me

---

🎵 **Voicemail from +1 (718) 593-0055.m4a**
    795K

6/22/2017                                 Gmail - FORM 600AR Blank (2).doc



# M Gmail                                    **Gmail Account <kevin.davis.jr.mil@gmail.com>**

## FORM 600AR Blank (2).doc
3 messages

**Solis, Shannon** <Shannon.Solis@doc.nyc.gov>                    Thu, Sep 8, 2016 at 12:24 PM
To: "kevin.davis.jr.mil@gmail.com" <kevin.davis.jr.mil@gmail.com>

> **FORM 600AR Blank (2).doc**
> 25K

**Solis, Shannon** <Shannon.Solis@doc.nyc.gov>                    Thu, Sep 8, 2016 at 12:32 PM
To: "kevin.davis.jr.mil@gmail.com" <kevin.davis.jr.mil@gmail.com>

> **FORM 600AR Blank (2).doc**
> 25K

**Kevin Davis** <kevin.davis.jr.mil@gmail.com>                    Fri, Sep 9, 2016 at 4:09 PM
To: "Solis, Shannon" <Shannon.Solis@doc.nyc.gov>

Captain Luby said call her , I think it's to decide if I'm going to be permanent on the special search team. 🗆
Thanks so much

 Gmail

**Gmail Account <kevin.davis.jr.mil@gmail.com>**

## 2016-1-28 / CEREMONIAL UNIT APPLICATIONS REVISED / 2 DOCUMENTS
1 message

**Ryba, William** <William.Ryba@doc.nyc.gov>
To: "kevin.davis.jr.mil@gmail.com" <kevin.davis.jr.mil@gmail.com>

Mon, Sep 5, 2016 at 10:25 AM

# 2016-1-28 / CEREMONIAL UNIT APPLICATIONS REVISED / 2 DOCUMENTS

📄 **0844_001.pdf**
117K

6/22/2017                                    Gmail - BOLDEST RUNNING CLUB Meeting/Missing forms

 **Gmail**                                          Gmail Account <kevin.davis.jr.mil@gmail.com>

## BOLDEST RUNNING CLUB Meeting/Missing forms
1 message

**Avila, Indira** <Indira.Avila@doc.nyc.gov>                                    Mon, Mar 21, 2016 at 11:16 AM
To: "Anderson, Brandy" <brandylynnanderson@gmail.com>, "Bernard Mathis (bernard.mathis.34@gmail.com)" <bernard.mathis.34@gmail.com>, "Boyer, Blake" <Blake.Boyer@doc.nyc.gov>, "Brown Michelle (n_brown2324@yahoo.com)" <n_brown2324@yahoo.com>, "Burke, Thomas" <Thomas.Burke@doc.nyc.gov>, "Christopher Sylvester (chrissylvester15@gmail.com)" <chrissylvester15@gmail.com>, "Crystal Lesane (lesane49@yahoo.com)" <lesane49@yahoo.com>, "Cuttonaro, Nick" <Nick.Cuttonaro@doc.nyc.gov>, "Daishawn Hams (daishawnhams@gmail.com)" <daishawnhams@gmail.com>, "Dancho, Mackenzie" <Mackenzie.Dancho@doc.nyc.gov>, "David Gathers (dave.gathers@gmail.com)" <dave.gathers@gmail.com>, "Doka, Frank" <Frank.Doka@doc.nyc.gov>, "Donna Francais (dynamicjdees@hotmail.com)" <dynamicjdees@hotmail.com>, "Doris Lloyd (doris.lloyd@verizon.net)" <doris.lloyd@verizon.net>, "Gary Williams (garyasgary@gmail.com)" <garyasgary@gmail.com>, "Giorgi Toreli (gtoreli7@gmail.com)" <gtoreli7@gmail.com>, "Jay Romero (jamesjones_22@aol.com)" <jamesjones_22@aol.com>, "Jesus Tavarez (jesus.j.tavarez88@gmail.com)" <jesus.j.tavarez88@gmail.com>, "Kevin Davis (kevin.davis.jr.mil@gmail.com)" <kevin.davis.jr.mil@gmail.com>, "Krystal Marshall (marshallk112@gmail.com)" <marshallk112@gmail.com>, "Larry Shannon (lshannon718@gmail.com)" <lshannon718@gmail.com>, "McDougall, Latisha" <Latisha.McDougall@doc.nyc.gov>, "Lazette Jack (lazettef.jack@gmail.com)" <lazettef.jack@gmail.com>, "Leonard, Michael" <Michael.Leonard@doc.nyc.gov>, "Leslie Robinson (lmrobby1@gmail.com)" <lmrobby1@gmail.com>, "Marc Von Braunsberg (marcvonbraunsberg@yahoo.com)" <marcvonbraunsberg@yahoo.com>, "Mariah Watson (mswatson27@gmail.com)" <mswatson27@gmail.com>, "Marie Williams (williamsm81@gmail.com)" <williamsm81@gmail.com>, "Mathew Joseph (mathewjoseph07621@hotmail.com)" <mathewjoseph07621@hotmail.com>, "Nishanda Pegues (nishanda@hotmail.com)" <nishanda@hotmail.com>, "Patrina Hall-Madry (patrina75@hotmail.com)" <patrina75@hotmail.com>, "Rudolph, Ronald" <Ronald.Rudolph@doc.nyc.gov>, "Samuel Hunter (fiveafter12@gmail.com)" <fiveafter12@gmail.com>, "Sara Curiel (scuriel108@gmail.com)" <scuriel108@gmail.com>, "Tyneka Greene (babydice3804@gmail.com)" <babydice3804@gmail.com>
Cc: "Solis, Shannon" <Shannon.Solis@doc.nyc.gov>, "Hall-Madry, Patrina" <Patrina.Hall-Madry@doc.nyc.gov>

Good Morning Team,

My name is Indira Avila and I am one of the managers/coach of the Boldest Running Club. Patrina Hall is our other manager. We are here to help you with all your questions and concerns. Please don't hesitate to contact us.

We officially have 36 members ! Great outcome let's keep recruiting and spreading the word! Based on the information I have received from some of you, I suggest you guys start aiming to run 30-50 minutes 3-5 times a week until we officially start practicing. This depends on your level of experience.

EXAMPLE: If you only run 20 minutes 3 times a week don't jump into running 50 minutes 3 times a week right away!

Always remember to listen to your body and how it feels. We have 10 days till our next meeting so take this time to start getting into shape or better shape! Easy runs are a great way to get your body used to running. If you want advice I will be more than happy to help you. Just send me an email/call. The best way to contact me is thru my personal email/cell gabbriiela@gmail.com or 917-478-5824.

A lot of people have not filled out the Questionnaire form. Above I have attached the team roster, in this sheet you are able to identify which info/forms you are missing. For those who are missing forms, please fill them out and send them to me as soon as possible. I would like to have all the paperwork ready before our next meeting.

Also, I made a survey in regards to practice. This is a great opportunity for you to tell us what time/days are convenient for you to practice. Fill this out and send it to me.

Hope to meet all of you in our next meeting ☺

Best,

Indira Avila.



5 attachments



**FLYER 1 DOC RUNNING CLUB.jpg**
414K

**BRC Profile Sheet Form.docx**
33K

**BRC Questionnaire Form.docx**
33K

**BRC Survey.docx**
55K

**Boldest Running Club Roster.xls**
476K

 **Gmail**

**Gmail Account <kevin.davis.jr.mil@gmail.com>**

---

## Your Ticket: Correction Guardians 2016 Annual Scholarship Awards Dinner Dance

1 message

---

**NYC Correction Guardians Association** <contact@nyccga.org>     Mon, Jul 11, 2016 at 6:59 PM
To: kevin.davis.jr.mil@gmail.com



Dear kevin,

This is a confirmation of your online purchase for **1 ticket(s)** to the Correction Guardians 2016 Annual Scholarship Awards Dinner Dance.

Attached to this email is your admission ticket.  Please print and bring it with you the evening of the dinner.

We look forward to seeing you!

Sincerely,
NYC Correction Guardians Association

---

📄 **kevin davis Ticket.pdf**
83K



**2016 ANNUAL SCHOLARSHIP AWARDS DINNER & DANCE**
FRIDAY JUNE 17, 2016

**ADMISSION TICKET**

**Number of Tickets:** 1

**Purchase Price:** $100.00

## Name of Purchaser: <u>kevin davis</u>

**Rank:** Officer

**Email:** kevin.davis.jr.mil@gmail.com

**Address:**


**Phone:**

**$10 Donation towards the Scholarship Fund?** 

**Purchase Summary:**

**Order**

| Product | Qty | Unit Price | Price |
|---------|-----|-----------|-------|
| Ticket(s) | 1 | $100.00 | $100.00 |
| No | 1 | $0.00 | $0.00 |

 Gmail

Gmail Account <kevin.davis.jr.mil@gmail.com>

# NYC CORRECTION GUARDIANS ASSOCIATION

1 message

**bluesky11206@yahoo.com** <bluesky11206@yahoo.com>                 Mon, Jun 27, 2016 at 5:55 PM
To: Adam Johnson <adamj92@gmail.com>

Good evening members. As you know our Annual Scholarship Awards Dinner Dance is July 29 2016. On behalf
of the NYC CORRECTION GUARDIANS ASSOCIATION board member we would love to have you and your
family to join us on this wonderful night.  Tickets are $100 per person and can be purchased on-line at
www.nyccga.org or you can email J.M.Gordon Recording Secretary bluesky11206@yahoo.com and I would hand
delivered your tickets. Hope to see you there.


J.M.GORDON
Recording Secretary
NYC CORRECTION
GUARDIANS ASSOCIATION



**image1.jpeg**
339K

EXHIBIT  6

EXHIBIT   6

6/22/2017

IMG_0837.PNG

●●●○○ Sprint  LTE          14:17          🔒 93% 🔋

‹ M Greathouse                    Edit



# Malia Greathouse

Privilege Communications

               
mobile        call        FaceTime        mail

**mobile**
1 (404) 820-2284

FaceTime                       

Notes

Send Message

Share Contact

Add to Favorites

6/22/2017

IMG_0838.PNG

 ●●●○○ Sprint  LTE      14:17       93% ▭

<

MG

M Greathouse

iMessage
Jan 11, 2016, 16:17

**Hey Ms.M**
**It's Kevin Davis.**
**Kevin.davis.jr.mil@gmail.com**



Jan 14, 2016, 18:26



Subject

iMessage

            

IMG_0839.PNG

6/22/2017

●●●●○ Sprint  LTE          14:17              ⓔ 93% ▮

MG

M Greathouse

So u soon get cut loose congrats kev.. I'll see try to look out how old r u?

21

Il be your eyes and ears anything you need just let me know

Lol but I'm over gmdc ... But I'll keep in touch

Ok great and be safe out there

Thanks u as well cause lots happening but I spoke to someone who worked there he s now at hq with me he said yore at a good facility

Ok great

Subject

iMessage

6/22/2017                                    IMG_0840.PNG

 ●●●●○ Sprint  LTE          **14:17**          🔒 93% 🔋



M Greathouse

Text Message
Jan 15, 2016, 09:49

Morning .. Would u like to spake with someone who's worked at emtc that can give u heads up on what to expect and how to approach emtc? I have all confid

ence in this person that he will give good verbal mentorship

iMessage

Morning .. Would u like to spake with someone who's worked at emtc that can give u heads up on what to expect and how to approach emtc? I have all confidence in this person that he will give good verbal mentorship

Yes definitely

  

Subject

iMessage                                      

IMG_0841.PNG

6/22/2017

 Sprint  LTE

**14:18**



M Greathouse

(i)

Hope your having a blessed day

Jan 15, 2016, 11:39

Is it is I'm filled with praise n worship today

Amen I'm singing this Sunday in church

Great

Jan 19, 2016, 16:11

How was your day Ms.M

Jan 19, 2016, 23:27

Kevin my friend tried to call you on Saturday but u didn't answer ... I' told him I'll speak with u and he'll probably call you back

Subject

iMessage

  

IMG_0842.PNG

6/22/2017

●●●●○ Sprint  LTE    14:18    ⊙ 93% ▬



M Greathouse

I'm now seeing your message

Ok

Jan 20, 2016, 06:50

Good morning at your convenience please text co shervon

Good morning
What's her number

Oh sorry and it's a guy
917-803-0632

Hve a blessed day
Roger

Jan 30, 2016, 12:02

Morning
You found a church home yet

Subject

iMessage

6/22/2017

IMG_0843.PNG

●●●●○ Sprint  LTE    14:18    @ 93% ▬



MG

M Greathouse

> **Morning**
> **You found a church home yet**

I have

> That's good which one

Fresh anointing in jamacia

> Oh  I'm at Christian Cultural Center in Brooklyn

Yeh I. Visited

> How you like it

It wasn't my home

> That's cool I understand

> Have a Blessed day Ms M

Subject

iMessage

  

IMG_0844.PNG

6/22/2017

●●●●○ Sprint  LTE          **14:18**          🔒 93% 🔋



M Greathouse



Have a Blessed day Ms M

My cousin is a member there Gillian Garcia she invited me ...

Nice

Feb 4, 2016, 20:34



Feb 10, 2016, 12:02

U ok

Hi how are you

How long have u been at emtc

Subject

iMessage

IMG_0845.PNG

6/22/2017



●●●●○ Sprint  LTE          14:18          🔒 93% 🔋

**MG**

M Greathouse

How long have u been at emtc ow?

Now

Good well I go in two weeks I had to finish the range in which tomorrow's my last day. I did shoot expert though.  I'm almost there I can't wait I need this overtime I got bills

I hear Lol I have been doing 65 hr weeks

Getting this money I see you

Have a bless day I'm a go get ready for work ttyl

K

Feb 16, 2016, 17:53

Subject

iMessage

   

IMG_0846.PNG

6/22/2017



●●●●○ Sprint  LTE          **14:18**          @ 93% ▬▬▬



M Greathouse

Ok so I just got to gym and read your txt would u believe me if I told u I've been listening and still is to jakes groused in faith 2016

Lord works in mysterious ways get a good workout in

I sure will we r on one accord I tell u I'll listen to yours on my way home

10-4 be safe

Feb 17, 2016, 17:54

  

FF Benefits/Salary | FF Application Process | FF Exam Info | FF Eligibility | FF FAQs

**Benefits and Salary**

**THE BEST JOB IN THE WORLD HAS THE BEST BENEFITS IN THE WORLD**

As a New York City Firefighter, you will receive an incredible benefits package and a competitive salary that more than doubles in your first five years on the job.

But act now, the chance to join only comes every four years.

Subject

iMessage

   

6/22/2017

●●●●○ Sprint  LTE

**14:19**



MG

M Greathouse



Hey we're u called go for it

I'm staying in correction hbu

I have to help my mom move from Atlanta

Oh yeh I just left there after 8 years I hated it

Lmao why

You were a cop there

Sheriff deputy

U didn't like the departmebt or the area

Driving  I'm at red light now but I hated how backwards it was my sons r there still bough

Subject

iMessage

  

IMG_0848.PNG

6/22/2017

●●●●○ Sprint  LTE          14:19          ⓐ 93% ▬

MG

M Greathouse

They want to do law enforcement

No way one is an actor and the other an engineer by

That's awesome

Talented

Yeh my oldest does some wk for Tyler Perry but he believing in God for big break

Excellent I want to see his work and I declare and Dexter that his break is already here it's about to explode

*decree

Oh thank you I'm praying as well got him he's on Imbd as Darius Roberts

  

Subject

 iMessage 



6/22/2017

●●●●○ Sprint  LTE          **14:19**          ⊕ 93% ▬



<                      ⓘ

M Greathouse

Excellent

The one that says Born in Seattle

Feb 17, 2016, 22:03

Yes

Feb 18, 2016, 18:29

This is for friends and family

 

**SPECIAL MILITARY OFFER**

**Sunday, April 17, 2016 | 10 AM – 6 PM**
FREE PARKING | Gates open at 9:30 AM

This is a semi-private event. Military and other select groups invited.
This event is not open to the general public.

| ADVANCE ONLINE TICKET PURCHASE: | WALK-UP TICKET PURCHASE: |
|---|---|
| Ages 3 and older $25* | Ages 3 and older $30** |

Purchase tickets at: **http://tinyurl.com/milday**
Enter promo code: **15762**

*Staying Over?*
Hershey Lodge is offering special military rates starting at $149 – Plus applicable taxes. Receive 20% off sites and cabins at Hersheypark® Camping Resort from April 15-17, 2016. For more information and to make your reservation, please call 1-800-HERSHEY (437-7439) and refer to MILITARY DAY AT HERSHEYPARK ROOMS.

**HERSHEYPARK**

  

Subject

iMessage          

IMG_0850.PNG

6/22/2017

●●●●○ Sprint  LTE          14:19          @ 92% ▬

MG

M Greathouse

Feb 18, 2016, 22:03

# Thanks Kevin

Feb 19, 2016, 16:19

 Welcome

Sun, Mar 20, 22:23



Subject

iMessage

    

6/22/2017

●●●●○ Sprint  LTE    14:19    @ 92% ▬

**MG**

M Greathouse

Mon, Apr 11, 16:37

Hey cousin how you been

Great I'm actually looking forward to starting my graduate program with Utica college in May

I'm proud of you I start school this fall to finish my bachelor degree and then I'm preparing for law school

Wow another attorney I can add to my roster way to go I'm proud of YOU!

Thank you so much

How's work going

Good most inv got April deadlines and I have May 

Subject

iMessage

   

IMG_0852.PNG

6/22/2017



●●●●○ Sprint  LTE                    **14:20**                    ⊕ 92% ▬▬



M Greathouse                                          

‹

Thank you so much

How's work going

Good most inv got April deadlines and I have May 👍 😆 deadlines I'm working on

Finish that case load two came into my house today taking pictures

Yeh it's busy and getting busier I just want my captain to release me so I can rack up on OT

She acting like money coming out her account

Yes get that money cuz cost of living us going up and tell FITZGERALD stop being an asshole

Subject

iMessage

                      

IMG_0853.PNG

6/22/2017

 •••••○ Sprint  LTE          **14:20**          @ 92% 🔋



M Greathouse

Yes get that money cuz cost of living us going up and tell FITZGERALD stop being an asshole

Lmao

Hahahha boy I don't fucks lol with her

No one does

Thu, Apr 14, 10:48



Subject

       iMessage

IMG_0854.PNG

6/22/2017

●●●●○ Sprint  LTE          14:20          @ 92% ▬



MG

M Greathouse

Fri, Apr 15, 09:51

Davis good morning.. I was informed by a Supervisor that the Department does not allow fraternization amongst ID and other staff members not assigned to ID. Therefore, this will be the last correspondence we shall have. I must ask you not to contact myself, And Inv. Shivraj. If you have any inquiries or concerns, you must go through the proper channels through your command. Thank you.

Text Message

Subject

iMessage

  

IMG_0855.PNG

6/22/2017

●●●●● Sprint  LTE                14:20                🔒 92% ▰

‹                         
                           M Greathouse                    ⓘ

Text Message
Fri, Apr 15, 12:47

Davis good morning.. I was informed by a Supervisor that the Department does not allow fraternization amongst ID and other staff members not assigned to

ID. Therefore, this will be the last correspondence we shall have. I must ask you not to contact myself, And Inv. Shivraj. If you have any inquiries or c

oncerns, you must go through the proper channels through your command. Thank you.

iMessage

Not a problem I totally understand and I don't want to jeopardize our jobs so the only

     Subject

                                          iMessage                  

IMG_0856.PNG

6/22/2017

•••••  Sprint  LTE

14:20

⊕ 92% ▬

**MG**

M Greathouse

the Department does not allow fraternization amongst ID and other staff members not assigned to

ID. Therefore, this will be the last correspondence we shall have. I must ask you not to contact myself, And Inv. Shivraj. If you have any inquiries or c

oncerns, you must go through the proper channels through your command. Thank you.

iMessage

Not a problem I totally understand and I don't want to jeopardize our jobs so the only time I will contact you is if I am reporting something official be blessed and be safe

Delivered

Subject

iMessage




EXHIBIT   7


**CITY OF NEW YORK**
**DEPARTMENT OF CORRECTION**

Search

Printer Friendly     Email a Friend     Translate This Page     Text Size: A A A

Home

About DOC

   Commissioner

   DOC Leadership

   DOC Statistics

   Facilities Overview

   Facility Locations

   Hart Island

   TEAMS

   History of DOC

   Interagency MOU

Inmate Information

Visit An Inmate

Contracting

Press & Community Affairs

Directives

Frequently Asked Questions

Career Opportunities

Contact DOC

## DOC Leadership

### Dina Simon – First Deputy Commissioner



Dina Simon was named First Deputy Commissioner in January 2016. She joined the Department of Correction as Deputy Commissioner of Human Resources in October 2014.

Before coming to the Department, she was at the Office of the New York City Comptroller, where she was Director of Human Resources. She has served in a variety of roles related to human resources and labor relations, including positions with the New York State Education Department, New York State Office of Developmental Disabilities, Norfolk State University and the Navy Exchange Service Command Center. Ms. Simon holds a Master of Public Administration from Long Island University, C.W. Post and a Bachelor of Science from State University of New York College at Brockport.

She also earned her Professional in Human Resources certification from the Society of Human Resource Management and garnered professional certifications from the New York State Education Department and Cornell University School of Industrial and Labor Relations.

### Jeff Thamkittikasem – Chief of Staff



Jeff Thamkittikasem was named Chief of Staff for Commissioner Joseph Ponte in November 2014. Before that, he served as a senior policy adviser at U.S. Customs and Border Protection and Chief of Staff for its Office of Anti-Terrorism.

Mr. Thamkittikasem founded and served as president of Sentinel Strategy and Policy Consulting, a firm that specializes in advising public agencies on the interdiction of contraband. The firm's clients included the U.S. Department of Homeland Security, U.S. Customs and Border Protection, and the Transportation Security Administration.

Thamkittikasem received an MPA from Columbia University's School of International and Public Affairs and an MA in Sociology from Stanford University where he graduated with honors. He received his Bachelor of Science from Stanford University where he majored in political science and international relations.

### Dr. Errol Toulon, Jr. – Deputy Commissioner of Operations



Errol Toulon, Jr. was named Deputy Commissioner of Operations in July 2014. Dr. Toulon oversees the Applicant Investigation Unit, Training Academy, Correction Intelligence Bureau, Emergency Preparedness and the Policy and Procedures Unit. Before coming to the Department of Correction, he served as the Suffolk County Assistant Deputy County Executive for public safety, overseeing eight public-safety departments, including the Suffolk County Police Department and the Department of Fire, Rescue, Medical Examiner's Office and Emergency Services.

Dr. Toulon's 32 years of criminal-justice experience includes 22 years as a uniformed Member of Service with the Correction Department from 1982 to 2004, where he served as a supervisor and instructor at the Correction Academy, the Firearms and Tactics Unit, Emergency Service Unit and Office of Compliance Consultants. Dr. Toulon has a Post-Graduate Certificate in Homeland Security Management from Long Island University. He received an Ed. D and MBA from Dowling College, a Bachelor's degree from Monroe College, and an Associate's degree from Kingsborough Community College.Dr. Toulon attended several leadership courses at Harvard University's John F. Kennedy School of Government.

### Frank J. Doka - Deputy Commissioner of Financial, Facility, and Fleet Administration



Frank J. Doka was appointed Deputy Commissioner of Financial, Facility, and Fleet Administration of the Department of Correction in July 2014.

He began his Civil Service career in the New York City Office of Labor Relations in 1985, as an accountant. In 1988, he took a new position as an analyst with the New York Police Department (NYPD).

Doka served in three director positions and was promoted to Assistant Commissioner of the NYPD's Financial Management Division in 2002. He has extensive experience in finance, administration and operations. Doka graduated from PACE University with a Baccalaureate degree in Accounting.

**Heidi Grossman - Deputy Commissioner for Legal Matters/General Counsel**



Heidi Grossman was appointed Deputy Commissioner for Legal Matters/General Counsel in 2014. She earlier worked at the New York City Law Department, where she served for over a decade, recently as Deputy Chief of the Special Federal Litigation Division. She began with the Law Department in 1989 as an Assistant Corporation Counsel in the Administrative Law Division. Soon after, she was promoted to Deputy Assistant Chief of the General Litigation Division, litigating federal and state class-action and monetary damage suits.

In 1998, she was named Assistant Chief of the Special Federal Litigation Division, where she supervised a team of attorneys. In 2003, Grossman also became the coordinator for the Law Department's public service program, which seeks volunteer legal services from large law firms in order to lessen the burden of the city's caseload. She received her J.D. from Benjamin N. Cardozo School of Law and her B.A. in political science from Syracuse University.

**Peter Thorne - Deputy Commissioner of Public Information**



Peter Thorne was named Deputy Commissioner of Public Information in September 2014. Before joining the Department, he was Director of Communications for the Office of the New York City Comptroller.

Prior to that, Thorne served as an anchor and reporter for 10 years with WPIX-TV in New York City. He is the recipient of three Emmy Awards – for best government reporting, best hard-news reporting, and journalistic enterprise, as well as many other press honors from the Associated Press and the New York State Broadcasters Association.

Before WPIX, he was a news anchor and reporter at KCOP-TV in Los Angeles. He is a graduate of Yale University, with a Bachelor's degree in Political Science.

**Timothy D. Farrell - Deputy Commissioner, Office of Classification and Population Management**



Timothy D. Farrell was named Deputy Commissioner for the Office of Classification and Population Management in March 2015. Before that, he was a member of the Connecticut Department of Correction at the Bridgeport Correctional Center from 2011 to 2014, serving in the capacity of Warden. In his 28 years in corrections, he served as Officer, Shift Supervisor, Deputy Warden and Warden. Mr. Farrell graduated from Mattatuck Community College in Waterbury, Connecticut majoring in Criminal Justice.

In 1991, he promoted to the rank of Lieutenant of the New Haven Correctional Center, where he was Shift Supervisor of a staff of 300 and inmate population of 600. In 1993, he was promoted to Captain. In 1999, he was promoted to Major, reporting to the facility Warden. In 2007, Mr. Farrell became Deputy Warden and in 2011, he became Warden 2, responsible for the complete management oversight of three facilities, one of them being Cheshire Correctional Institution. Mr. Farrell retired from the Connecticut correctional system in December 2014.

**Winette Saunders - Deputy Commissioner of Youthful Offender and Young Adult Programming**



Winette Saunders was promoted to Deputy Commissioner of Youthful Offender and Young Adult Programming in February 2015. Ms. Saunders leads the adolescent and young adult strategic plans for the New York City Department of Correction. For the past 23 years, Deputy Commissioner Saunders had worked in higher education and social services within city government and non-profit. Ms. Saunders provided policy recommendations to ten City Commissioners. She was an Assistant Director of Hospitals at Rikers Island where she managed a component of the Department of Health and Mental Hygiene's discharge planning program for the forensic mentally ill population.

She joined the DOC in October 2007, working on programming, discharge planning and oversight of Volunteer and Ministerial Services. Over the past seven years, her responsibilities included assessing and strengthening the programmatic infrastructure for the inmate population as well as manage the development, implementation, and operation of the Department's reentry efforts including the oversight of the Department's Offices of Volunteer and Ministerial ervices. She was an Assistant Director of Hospitals at Rikers for the NYC Department of Health and Mental Hygiene. Deputy Commissioner Saunders has also held positions as a Psychiatric Social Worker at Housing Works and as an adjunct faculty member at New York City Technical College and the College of New Rochelle. Ms. Saunders is an adjunct faculty member at CUNY's John Jay College of Criminal Justice. She received a Bachelor degree in Psychology from SUNY Stony

Brook and a Master in Psychology from Long Island University. She is pursuing a Doctorate of Education at St. John's University. Deputy Commissioner Saunders is the recipient of numerous awards including invitations to the White House from the Obama Administration for her work in the criminal justice arena.

### James J. Walsh – Deputy Commissioner of Adult Programing & Community Partnerships



James J. Walsh was named Deputy Commissioner of Adult Programing & Community Partnerships in June 2015. Deputy Commissioner Walsh has 37 years of experience in Corrections and is a past President of the New York State Association of Correctional Facility Superintendents. In 2012, he became a Correctional Mental Health Program Specialist at the New York State Department of Corrections in Albany, assigned to assist in developing and delivering a variety of training modules across the Department. At Sullivan Correctional Facility, Deputy Commissioner Walsh was the Superintendent from 1999 to 2007 and later he was named Supervising Superintendent from 2007 to 2011 until his retirement later that year.

Before that, Mr. Walsh was the Deputy Superintendent for Reception and Classification Services from 1990 to 1995 and later, he served as Acting and named Superintendent from 1993 to 1999. From 1988 to 1990, Deputy Commissioner Walsh was the Assistant Deputy Superintendent of the Riker's Island Screening Unit where he developed a Classification Unit to screen New York City commitments for housing in New York State facilities. Before that, from 1980 to 1988, he was the Senior Correction Counselor at Downstate Correctional Facility in Fishkill, New York. Deputy Commissioner Walsh began as a Correction Officer in 1978 at Eastern Correctional Facility & Downstate Correctional Facility.

### Cynthia Brann – Deputy Commissioner of Quality Assurance and Integrity



Cynthia Brann was named Deputy Commissioner of Quality Assurance and Integrity in August 2015. She has 33 years of corrections and public safety experience, with the last 26 years at Maine Department of Corrections. Deputy Commissioner Brann comes to DOC with four years of executive level responsibility as the Associate Commissioner providing strategic planning, leading cultural and organizational change, implementing evidence based practices as well as integrating the work of the facilities and community divisions.

Her accomplishments include effective restructuring of adult probation services resulting in operational efficiencies, the reduction of caseloads and increased positive offender outcomes; reform of the juvenile detention decision processes and risk assessment tools resulting in statewide reduction in secure detention admissions without increased risk to the public safety risk and successfully embedding evidence-based policies and practices within the adult and juvenile divisions. From 2001 to 2011, Ms. Brann was a Regional Correctional Administrator overseeing all operations within a nine county division. From 1996 to 2001, she served as a Regional Resource Coordinator managing all offender program contracts and fiscal operations within a four county division. From 1989-1996 she performed the duties of a Probation and a Parole Officer supervising juvenile, adult and Intensive Supervision caseloads.

### Maureen Danko – Chief Information Officer/ Deputy Commissioner of Information Technology



Maureen Danko was appointed Chief Information Officer/Deputy Commissioner of Information Technology of the Department of Correction in December 2015. Ms. Danko will oversee all areas of Information Technology (IT), including strategic planning, application development, data and systems management, and network and infrastructure.

She joined the Department of Correction as the Director of the IT Project Management Office in October 2011. Before joining the Department, Ms. Danko worked in the airline and hospitality industries. Her broad background in IT includes strategy and business development, project management, telecommunications, database and network-systems management, software and data-applications development, IT business solutions and IT infrastructure management.

She has planned and implemented complex flight and reservations systems, led technical teams through delivery of innovative solutions and implemented best practices and procedures across IT divisions.

### Gregory Kuczinski, Esq. – Deputy Commissioner, Investigation Division



Gregory Kuczinski, Esq. was named Deputy Commissioner for Investigation Division in April 2016. In March 2015, Mr. Kuczinski joined the Department as Assistant Commissioner of the Division and was named Acting Deputy Commissioner in December. Since 2009, Mr. Kuczinski has been the A lawyer in private practice in Yorktown Heights, New York specializing in criminal and civil litigation and other matters. From 2006 to 2009, he was a partner in the firm Kuczinski, Vila & Associates, LLP in Tarrytown, New York, a general practice law firm handling criminal and civil litigation cases.

Mr. Kuczinski was Managing and Founding Partner of Kuczinski, Vila, Tarallo, Pillinger & Miller, in Elmsford, New York from 2001 to 2006, a law firm specializing in criminal and civil litigation. Mr. Kuczinski was an attorney in the law firm, Cooper, Bamundo, Hecht & Longworth, LLP, in White Plains, New York from 1999 to 2001 handling criminal and civil litigation and from 1994 to 1999 he was a sole practitioner.

From 1984 to 1999, he was with the New York Police Department (NYPD) as a Police Officer from 1984 to 1990, an attorney in the Legal Bureau from 1993 to 1994 and a Sergeant, Patrol Supervisor Midtown North Precinct, Legal Bureau, and Warrant Section, Bronx Warrant Squad from 1990 to 1999. Mr. Kuczinski received his Bachelors of Arts in Government and Public Administration at John Jay College of Criminal Justice in New York in 1990 and doctorate at Fordham University School of Law in 1994.

### Dr. Nichole Adams-Flores - Deputy Commissioner of Health Affairs



Dr. Nichole Adams-Flores was named Deputy Commissioner of Health Affairs in February 2016. Before her appointment, she was Clinical Supervisor of the Mental Health Observation Units for Corizon, and later NYC Health + Hospitals, at Rikers since March 2015. In that role, she opened and supervised an innovative Psychiatric Assessment Unit as part of the Program for Accelerating Clinical Effectiveness, with the goal of improving mental health care in our jails through evidenced-based research.

Since 2009, Dr. Adams also has worked as an adjunct professor of psychology at Adelphi University, where she developed a course on Behavioral Disorders in Childhood. She has made several trips to Central and South America to study mental health care for children there. Since 2004, Dr. Adams has counseled families in a private practice, working extensively with the Lutheran Counseling Center in Mineola.

### Martin J. Murphy - Chief of Department



Martin J. Murphy was promoted to Chief of Department in February 2015. Chief Murphy began his career in the Department in 1987. He was originally assigned to Brooklyn Detention Complex (BKDC).

He was promoted to Captain in 1997 and served at both the James A. Thomas center (JATC) and the Otis Bantum Correctional Center (OBCC). In 2007, he was promoted to Assistant Deputy Warden and served at the George R. Vierno Center (GRVC) and the Headquarters Division. In 2010, he was promoted to Deputy Warden and assigned to the Office of the Deputy Chief of Department.

He was promoted to Deputy Warden in Command and assigned to the Office of the Commissioner in 2011. In 2014, he was promoted to Bureau Chief of Custody Management. He was appointed as Acting Chief of Department in November 2014.

### Hazel Jennings - Bureau Chief



Hazel Jennings was named Bureau Chief of Facility Operations in February 2016. Chief Jennings began her career at DOC in 1989, when she was assigned as a Correction Officer at the Robert N. Davoren Center (RNDC). She later served at the Brooklyn Courts. In 2002, she was promoted to Captain and assigned to the George Motchan Detention Center (GMDC).

She later served as a supervisor to the Assistant Chief of Special Operations, Assistant Chief of Facility Operations and Assistant Chief of Environmental Health. In 2010, she was promoted to Assistant Deputy Warden and was assigned to GMDC.

She then was assigned to the Operations Security Intelligence Unit (OSIU). In 2012, she was promoted to Deputy Warden and assigned to RNDC as the Security Deputy Warden. In August 2014, she was promoted to Warden and assigned to the Special Operations Division (SOD). In February 2015, Chief Jennings was promoted to Assistant Chief of Security. Chief Jennings was awarded the Meritorious Service Medal in November 2011. She was appointed Bureau Chief of Security in October 2015.

### Yolanda Canty - Bureau Chief



Yolanda Canty was promoted to Bureau Chief in February 2016. She had been promoted to Assistant Chief in October 2014 and is assigned to Division II. Ms. Canty began as a Correction Officer in 1990 at the North Infirmary Command (NIC) and then at the George Motchan Detention Center (GMDC) and the Adolescent Reception Detention Center (ARDC), now the Robert N. Davoren Center (RNDC). In 2001, she was promoted to Captain, working at NIC, the Otis Bantum Correctional Center (OBCC), TEAMS and the Queens Detention Complex (QDC). In 2005, she advanced to Assistant Deputy Warden, assigned to the Anna M. Kross Center (AMKC) as a unit manager. In 2011, she was promoted to Deputy Warden and assigned to OBCC and then AMKC. In 2013, she was promoted to Warden and assigned to the Manhattan Detention Center (MDC) and the George R. Vierno Center (GRVC). Canty received her Bachelor degree from Pennsylvania State University and a Masters in Public Administration from John Jay College of Criminal Justice.

### Turhan Gumusdere - Bureau Chief

Turhan Gumusdere was promoted to Bureau Chief of Security in February 2016. Chief Gumusdere joined the New York City Department of Correction as a Correction Officer in December 1987 as a Correction



Officer and he was assigned to the House Detention for Men (HDM), Brooklyn Correctional Facility (BCF), North Infirmary Command (NIC), Brooklyn House of Detention (BKHD) and the Eric M. Taylor Center (EMTC). In 1998, Turhan Gumusdere was promoted to Captain where he served in the George R. Vierno Center (GRVC) and NIC until 2006 where he was promoted to Rank of Assistant Deputy Warden and assigned to the Vernon C. Bain Center. In April 2011, Turhan Gumusdere was promoted to the Rank of Deputy Warden and was assigned to the Robert N. Davoren Center (RNDC).There, he was honored by the Correction Officers Benevolent Association as "Deputy Warden of the Year".

Mr. Gumusdere was reassigned and designated as the Executive Officer of the newly formed Punitive Segregation Task Force. In 2013, he was assigned to Anna M. Kross Center (AMKC) as the Deputy Warden of Security where his strategic approach was instrumental in decreasing violence where he was promoted to Warden of AMKC in 2014. He was promoted to Chief of Department's Field Operations Unit in July 2015.

**Angel Villalona - Bureau Chief**



Angel Villalona was named Bureau Chief of the Office of Administration in January 2016.

Chief Villalona began his career as a Correction Officer in September 1995 and was assigned to the Central Punitive Segregation Unit at the Otis Bantum Correctional Center (OBCC).

In 2000, he was promoted to the rank of Captain and was assigned to the North Infirmary Command (NIC).

Chief Villalona was later promoted to the rank of Assistant Deputy Warden in 2004 and was assigned to the George R. Vierno Center (GRVC).

In 2006, he was named Deputy Warden and later that year, promoted to Deputy Warden In-Command while serving as the Executive Assistant to the First Deputy Commissioner.

**Kenneth Stukes - Assistant Chief**



Kenneth Stukes was named Assistant Chief, Division III in February 2016. He had been promoted to Assistant Chief of Security in October 2015. Mr. Stukes has been with the Department for 28 years, beginning his career with the Department in 1987, when he was first assigned to the George Motchan Detention Center (GMDC) as a Correction Officer.

Mr. Stukes was promoted to the rank of Captain in 1999 and was first assigned to North Infirmary Command (NIC) and later to the Otis Bantum Correctional Center/CPSU Unit (OBCC), where he received numerous awards and unit citations.

In 2005, he was promoted to the rank of Assistant Deputy Warden and assigned to the George R. Vierno Center (GRVC). In 2012, Mr. Stukes was promoted to Deputy Warden and was assigned to the Eric M. Taylor Center (EMTC), OBCC and GRVC. In 2013, he was promoted to the rank of Deputy Warden in Command (DWIC) of the Mental Health Center and was promoted to the rank of Warden in 2014, assigned to OBCC.

**Karen Collins - Assistant Chief**



Karen Collins was named Assistant Chief, Division I in February 2016. She had been promoted Assistant Chief, Division III in December 2015. Ms. Collins began her career with the New York City Department of Correction in 1989 and was assigned to the Rose M. Singer Center (RMSC). In 2001, she was promoted to the rank of Captain and assigned to the Robert N. Davoren Center (RNDC), later transferred to the Otis Bantum Correctional Center (OBCC) where she worked in the Central Punitive Segregation Unit (CPSU) until being transferred to the Brooklyn Detention Complex. In 2006, Ms. Collins was promoted to the rank of Assistant Deputy Warden and returned to RMSC. While assigned to RMSC, she served as a Tour Commander and Unit Manager.

In October 2012, she was promoted to the rank of Deputy Warden at which time she was assigned to the Anna M. Kross Center (AMKC), where she served as the Deputy Warden of Programs and later as the Deputy Warden of Administration. The following year, Ms. Collins was transferred to the Eric M. Taylor Center (EMTC) where she served as both Deputy Warden of Security and Administration. In June 2014, she was promoted to the rank of Warden and assigned to the Vernon C. Bain Center (VCBC) and in January 2015, she was reassigned to RNDC as Warden where she worked closely with the adolescent population housed on Rikers Island.

**Sean Jones – Assistant Chief**

Sean Jones was promoted to Assistant Chief, serving at the Commissioner's Office, in March 2016. Mr. Jones began as a Correction Officer in 1999. Early in his career, he worked at the Adolescent Reception Detention Center (now the Robert N. Davoren Center) and the Otis Bantum Correctional Center (OBCC). He also worked at Headquarters in the Department of Public Information (DCPI). In 2005, Mr. Jones was promoted to Captain and reassigned to the Correction Academy and then to OBCC.

From 2006 to 2012, he again worked at DCPI. In September 2012, Mr. Jones was promoted to Assistant



Deputy Warden and again reassigned to the Academy and later to OBCC. In July 2013, he was assigned to the Brooklyn Detention Complex (BKDC). In June 2014, Sean Jones was promoted to Deputy Warden in Command and Deputy Chief of Staff, serving at the Commissioner's Office.

### Clayton N. Augustus – Assistant Chief



Clayton N. Augustus was promoted to Assistant Chief of Division II in March 2016 and supervises George R. Vierno Center (GRVC), Anna M. Kross Center (AMKC) and Eric M. Taylor Center (EMTC). Assistant Chief Augustus is a 32-year veteran of the Department. He began his career as a Correction Officer in July 1984, before being promoted to Captain in 1996.

From 2001 to 2003, he was Security Captain of Division II. In 2006, he was promoted to Assistant Deputy Warden and assigned to EMTC as a Tour Commander. Four years later, he assumed the role of Executive Officer of the Transportation Division. In December 2011, he was promoted to Deputy Warden and assigned to various facilities as the Administrative and Programs Deputy Warden. His role as Warden arrived in July 2014 with an assignment to the Brooklyn Detention Center (BKDC).

He was later reassigned to be Warden of GRVC in January 2015. A native of the Brownsville section of Brooklyn, Mr. Augustus attended the public school system of New York City, and briefly attended both LaGuardia Community College and the College of New Rochelle.

Copyright 2017 The City of New York

STATE OF NEW YORK
**UNEMPLOYMENT INSURANCE
APPEAL BOARD**
ADMINISTRATIVE LAW JUDGE SECTION
Phone: (718) 613-3500
Fax: 718-613-3566
www.labor.ny.gov/ui-appeal



# Notice of Unemployment Insurance Hearing
# Notificación de audiencia sobre Seguro por Desempleo

In the Matter of:
KEVIN DAVIS

ALJ Case No. 

S.S.N. or E.R.No. xxx-x

ASO:

How the parties will appear:
Como comparecerán las partes:

You are hereby notified to appear in Person

Unemployment Insurance Appeal Board
Administrative Law Judge Section
250 Schermerhorn Street-5th Floor Hearings
(Corner Bond & Schermerhorn Streets)
BROOKLYN NY 11201
(718) 613-3500

*If any of the information listed above is incorrect please provide the correct information by writing or faxing the office listed at the top of page 1.*
*Si la información anterior está incorrecta, sírvase suministrar la información correcta por escrito o por fax a la oficina indicada en la parte de arriba de la página 1.*

**PURPOSE OF HEARING:**
**To determine the following issue(s):**

Loss of employment through misconduct.

**PROPÓSITO DE LA AUDIENCIA:**
**Determinar el / los siguiente(s) tema(s):**

Perdida de empleo por conducta incorrecta.

**Special Instructions:**

NOTE TO EMPLOYER - PRODUCE WITNESS(ES) WITH FIRST HAND KNOWLEDGE OF THE INCIDENT

Please look on the reverse side for additional information.
Keep this notice and bring it to hearing.
Sírvase leer el reverso para obtener información adicional.
Guarde esta notificación y tráigala consigo a la audiencia.

Page 3                                                                    AB-666 (07/13)

CAUSING THE EMPLOYMENT TO END.

NOTE TO EMPLOYER - PRODUCE THE INDIVIDUAL WHO MADE THE DECISION TO DISCHARGE THE CLAIMANT.

NOTE TO EMPLOYER - PRODUCE WITNESS(ES) WITH FIRSTHAND KNOWLEDGE OF RELEVANT WARNINGS AND COPIES OF ANY WRITTEN WARNINGS.

NOTE TO EMPLOYER -  PRODUCE COPY OF POLICY VIOLATED AND PROOF THE CLAIMANT RECEIVED IT.

**REVIEWING YOUR FILE:**
You can review your case file Monday through Friday between the hours of 09:00 AM and 04:00 PM at:

Unemployment Insurance Appeal Board        Administrative Law Judge Section 250 Schermerhorn Street-5th Floor Hearings      (Corner Bond & Schermerhorn Streets) BROOKLYN NY 11201

It is recommended that you review your file prior to the day of the hearing. The file is also available for review on the day of the hearing. To review your file on the day of the hearing, please arrive at least 30 minutes before your hearing.

**REVISIÓN DE SU EXPEDIENTE**
Puede revisar el expediente de su caso de lunes a viernes de   09:00 AM a 04:00 PM en

Unemployment Insurance Appeal Board        Administrative Law Judge Section 250 Schermerhorn Street-5th Floor Hearings      (Corner Bond & Schermerhorn Streets) BROOKLYN NY 11201

Le recomendamos que revise su expediente antes del día de la audiencia. También podrá revisar su expediente el día de la audiencia. Si desea revisar su expediente el día de la audiencia, le recomendamos que llegue por lo menos 30 minutos antes de la hora programada para la audiencia.

**Documents You Should Bring To the Hearing or Mail/Fax If the Hearing Is By Telephone:**
  1) This notice.
  2) Any documents that you believe will help explain your case.
  3) Please provide at the hearing an original copy and two photocopies of each document you intend to offer into evidence. For those parties participating by telephone, you should fax/mail photocopies of all of the documents you intend to offer into evidence to the hearing office and to all parties at least 3 days before your scheduled hearing.

**Documentos que debe llevar consigo a la audiencia o que debe enviar por correo o por fax si la audiencia se realiza por teléfono:**
  1) Este aviso.
  2) Todo documento que usted crea le ayudará a explicar su caso.
  3) En la audiencia, suministre una copia original y dos fotocopias de cada uno de los documentos que presentará como pruebas. Las partes que comparecen por vía telefónica, les sugerimos mandar por fax o por correo copias de todos los documentos que presentarán como pruebas ante la oficina de audiencias y ante todas las partes, con por lo menos, 3 días de anticipación a la fecha programada de la audiencia.

Please look on the next page for additional information.
Sírvase pasar a la siguiente página para obtener información adicional.

AB-666 (07/13)

1234567                                                    0    17 p.m.    10-17-2016        5/18



NEW YORK CITY DEPARTMENT OF CORRECTION
Joseph Ponte, Commissioner

Gregory Kuczinski, Esq., Deputy Commissioner
Investigation Division
75-20 Astoria Boulevard – Suite 330
East Elmhurst, NY 11370
718 • 546 • 0305
Fax 718 • 278 • 6441

DATE:        September 28, 2016

TO:          Nadine Pinnock, Esq., Deputy Commissioner, Human Resources

FROM:        Gregory Kuczinski Esq., Deputy Commissioner, Investigation Division

SUBJECT:     PERSONNEL DETERMINATION REVIEW (PDR)
             Officer Kevin Davis, Jr., shield # 6610 (Probationary)
             Case# ████████ companion case ████████

The Investigation Division (ID) recommends that the New York City Department of Correction terminate Probationary Officer Kevin Davis Jr., shield #6610 (DOA: August 6, 2015) employment. ███████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████

A search of the provided email address and basic searches for Officer Davis' associated telephone numbers yielded negative results. ████████████████████████████████
███████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████

      Although there is no direct view into the subject inmate's cell and there is no audio recording, ██████████████████████████████████████████████████████████████ On
September 27, 2016,. based on the ongoing investigation, ID requested that Officer Davis be placed on a no inmate contact post via Warden Becky Scott at the EMTC.

While attempting to compile additional background information from Officer Davis' personnel folder, it was reported that the Office of the Inspector General (OIG) had previously been apprised that subject Officer Davis was a recent applicant for the New York City Police Department (NYPD). During the course of Officer Davis' background information, his assigned NYPD investigation discovered derogatory information regarding his character and passed this information to OIG.

*Visit NEW YORK'S BOLDEST on the Web at: www.nyc.gov/boldest*

Due to Officer Davis' employment with Department of Correction, it was considered important and pertinent information that required notification. Upon receiving the documentation provided to the NYPD for their background checks, Officer Davis omitted to report the following information to NYCDOC:



**Ques. 41:** CO Davis indicated that he had not applied for nor been an Auxiliary Police Officer. As indicated in the NYPD background investigation, CO Davis was previously an NYPD Auxiliary Police Officer at the ███ Precinct ████████████████. Also, a review of E-Justice reveals that CO Davis was fingerprinted on March 6, 2015 for NYCPD Auxiliary Police.



*Visit NEW YORK'S BOLDEST on the Web at: www.nyc.gov/boldest*

58 p.m.    10—17—2016    4 /18

**Department Rule & Regulation #: 3.25.041**
Members of the Department other than those required to do so in the performance of their regular duties shall not make or maintain contact with or in any way associate with former inmates, nor shall they make or maintain contact with or in any way associate with a member of an inmate's family, except with approval of the Commanding Officer. Where there is a verifiable pre- existing relationship between a member of the Department and an inmate this rule shall not apply except to the extent that the member must report the information to the Commanding Officer.

**Department Rule & Regulation #: 3.20.030**
Members of the Department found guilty of any of the following offenses may be dismissed from the Department, or suffer such other punishment as the Commissioner may direct: (1) Violation of the Rules & Regulations ... (4) Conduct unbecoming of an officer or employee, (5) Making a false official statement ...

**Department Rule & Regulation #: 3.30.300**
Through not specifically mentioned in these rules and regulations, all behavior which threatens the good order and discipline and all conduct of a nature to bring discredit upon the Department shall be acted upon by the Department according to the nature and degree of the offense and punished at the discretion of the Commissioner.

**Department Rule & Regulation #: 4.30.020**
Members of the Department shall not make any false entries or notations or render any false reports concerning the business of the Department. The failure to submit a report when one is required, or the suppression of any evidence regarding an alleged violation, shall be cause for disciplinary action.

**NY Administrative Code #: 1151-9-0**
If the post-appointment investigation reveals a false statement or omission of fact, it will be probable cause for disqualification and can result in the termination of employment. Falsification of any statement made in the N.Y.C.D.O.C. candidate questionnaire booklet is an offense punishable by fine and/or imprisonment.

Based on the aforementioned, the Investigation Division recommends that Officer Davis' employment with the New York City Department of Correction be terminated forthwith.

**MMR DATES**
None

ATTENDANCE RECORD: SINCE –     8/6/2016    0 Occasion(s) Sick =    0

DATES          # OF DAYS      REASON       DATES          # OF DAYS      REASON

No Sick History to Report

PUNCTUALITY RECORD: SINCE –    8/6/2015    0 Occasion(s) Late =    0:00

DATES          HRS/MINS       REASON

None

DISCIPLINARY RECORD: SINCE –    8/6/2015

DATES          ACTION         REASON                      COMMENTS

None

EID# 1510341

FIRST DEPUTY COMMISSIONER'S FINAL DETERMINATION:                DATE:

NO ACTION:                                EXTENSION OF PROBATION:
                                          DAY FOR DAY

              DINA SIMON                  DAY FOR DAY
         FIRST DEPUTY COMMISSIONER        + 3 MONTHS:

                                          DAY FOR DAY
                                          + 6 MONTHS:                DINA SIMON
                                                            FIRST DEPUTY COMMISSIONER

TERMINATION:                              DEFERRED DECISION:
              DINA SIMON                                     DINA SIMON
         FIRST DEPUTY COMMISSIONER                   FIRST DEPUTY COMMISSIONER

COMMENTS:



**Writing Sample**

_05/06/15_
Date

Last Name, First Name: Davis   Kevin

Exam/List No# 3302/680

## In 250 to 300 words please answer the following question.

Is it more important to work with a group of people on a team or work independently? Use reasons and specific examples to support your answer.

I believe it is equally important to work on a team and work independently. I should be able to follow the directions people appointed over me, aswell as lead a group of people successfully. More importantly, how and what I perform when no one is watching is Key. ✕

If I entrust you with a task and a given time frame, when I return I expect it to be done. I will never make those under my leadership do what I wouldn't do myself.

Being a well-rounded individual who works well with others, even when all parties disagree, is Key working in a correctional setting. Don't be afraid to work alone, uphold your morals, ethics, and values at all times.

It's not what you do when everyone is looking, it's what you do when no one is looking. Learn how to operate in a team successfully, and individually, but not as an isolated party but a member of a larger group. Always look without looking, watch without watching, and listen without listening. Efficiency is Key.

x Ke⟶

Signature